USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

### NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | Alexander Loftus |
| **CASE #:** | 3:26-cv-280-CHB |
| **STYLE OF CASE:** | Cervantez-Tkac et al v. Barker et al |
| **DOCUMENT TITLE:** | Complaint |
| **DATE:** | 4/20/2026 |
| **BY:** | DeAnna Whitney/*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**Rule 7.1(a)(1) corporate disclosure statement not filed for Plaintiff Simaya Innovations LLC.  Please submit your statement as follows:**

**1. Prepare the Corporate Disclosure Statement found at:**
**https://www.kywd.uscourts.gov/forms/corporate-disclosure-form**

**2. Go into the ECF system and select the event, "Corporate and/or Diversity Disclosure Statement (Rule 7.1)", found under the "Other Documents" category.**

**YOU ARE GRANTED <u>7 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE.   <u>FAILURE TO COMPLY WITHIN 7 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>**

If you need electronic filing assistance, please contact the Help Desk at (866) 822-8305.