Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 1

Michele Vives CV and Receivership Experience

**Douglas Wilson Companies**

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
mvives@douglaswilson.com

# Michele Vives

## PRESIDENT

### Education:

B.S. in Accounting,
University of Phoenix

B.S in Industrial Psychology,
Illinois State University

### Affiliations:

Downtown San Diego
Partnership (DSDP) - Board
of Directors and Executive
Committee Member -
Treasurer

Urban Land Institute (ULI) –
Member

San Diego Policy Forum (SPF)
Member

Lambda Alpha International
San Diego Chapter Past-
President & Member

National Association of Federal
Equity Receivers (NAFER),
Member

California Receivers Forum,
Member

California Bankruptcy Forum,
Memeber

In her role as President, Ms. Vives provides operational leadership, receivership matter support, asset management, real estate development and advisory services for Douglas Wilson Companies and its clients. Ms. Vives' clients look to her for confidential, strategic counsel and the advancement and preservation of complex, high value projects.

Ms. Vives has been directly involved in various real estate projects and receivership matters with a combined value of over $1 billion. She is known for her ability to identify short- and long-term project issues early in the process, provide strategic oversight and facilitate problem resolution. Her command of budgets, time lines, and stakeholder relationships extends across all market segments.

SELECT RECEIVERSHIP PROJECTS:

**SEC v. Horwitz:** Los Angeles, CA. A $690 million film industry ponzi scheme in the United States District Court, Central District of California. - the Districts largest ponzi matter to date   Ms. Vives is the appointed receiver on the Districts largest case to date.  Ms. Vives is the permanent receiver of 1inMMCapital LLC and its subsidiaries and affiliates, and over the Subject Assets, with full powers of an equity receiver, including, but not limited to, full power over all funds, assets, collateral, premises (whether owned, leased, occupied, or otherwise controlled), choses in action, books, records, papers and other property belonging to, being managed by or in the possession of or control of Defendant 1inMM and its subsidiaries and affiliates.  Among other responsibilities, Ms. Vives is tasked with maximizing asset recovery and facilitating a claims dispute process for the victim investors.

**Villa Del Sol:**  San Diego, CA.  A 246 unit apartment complex where a partnership dispute resulted in Douglas Wilson Companies serving as the Tenancy in Common Manager.  Ms. Vives managed the project and oversaw the management and control of the asset including all revenues and expenses, property management contracts, tenant leasing, property improvements and the final sale of the property.

**Bedrosian v. Hadid:**  Bel Air, CA. A high-profile matter regarding a non-compliant structure built in the hills of Bel Air. The Court found that the property is a public nuisance and a danger to the public. In order to protect the community, the Court ordered the appointment of the Receiver to oversee the demolition of the structure on site at the Property, down to the foundation slab, as well as to stabilize and restore the hillside. Ms. Vives is responsible for the oversight and management of this matter on behalf of the Receiver, Douglas P. Wilson.

**LCC Warehouse 1 LLC v. Multiple Entities:**  Laguna Beach, CA. The Superior Court of California, County of Orange ordered the appointment of Douglas P. Wilson as Receiver to take possession, custody and control of various properties held by eighteen entities, all with a common owner. Ms. Vives was responsible for orchestrating a cohesive approach for the preservation of the asset values, ensure continuity within the operations of the assets and oversight of the property management team.