Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 2

DWC Engagement Letter (Apr. 20, 2026)



Douglas Wilson Companies    1620 Fifth Avenue, Suite 400
San Diego, California 92101
phone: 619.641.1141 fax: 619.641.1150
www.douglaswilson.com

April 20, 2026

**VIA EMAIL ONLY**    [alex@loftusandeisenberg.com](mailto:alex@loftusandeisenberg.com)

Alexander N. Loftus, Esq.
Loftus & Eisenberg, Ltd.
181 W Madison, Suite 4700
Chicago, Illinois 60602

**Re:    Douglas Wilson Companies**

Dear Alex,

We appreciate your consideration of Douglas Wilson Companies related to the Lighthouse class action matter and the opportunity to share information regarding Douglas Wilson Companies (DWC).  We are pleased to submit our firm's materials for your review.

**Corporate Overview**

DWC was founded in 1989 to provide a wide range of problem resolution and real estate services. Our professional team has earned a unique track record of success with our diverse client base, which includes financial institutions, law firms, investors, state and federal courts and property owners located throughout the country. With a seasoned team of business, fiduciary, real estate and financial services professionals, DWC offers a level of specialized services not found elsewhere.

With offices in Orange County/Los Angeles, Las Vegas, Phoenix, San Diego, San Francisco, Washington D.C. and soon to open Dallas, DWC is the largest receivership business entity of its kind. Focusing on our commitment to and relationships with our clients, we provide court-appointed fiduciary & receivership services, asset management, consulting, business planning, real estate development, entitlement, construction management, and liquidation services. Given our 32 years of industry experience, we have a long history of providing receivership services on 1,200 matters in 35 states with a combined asset value in excess of $15 billion.

Unique to DWC versus other problem workout and fiduciary companies, is that we have significant experience in forensic accounting, turnaround matters, operating companies, real estate development and asset management not just as receiver, but as principal in our own developments, and as advisor to various institutional entities. Specifically, DWC has the insight and experience of an owner, having developed $1 billion dollars of projects in San Diego over the past 38 years including high rise office.  DWC also has the in-house expertise to evaluate the complex structures and issues within varying types of companies.

Overall, DWC has been involved with:

Las Vegas    Los Angeles/OC    Phoenix    San Diego    San Francisco    Washington, DC
Serving clients throughout the United States

David Fraser
April 20, 2026
Page 2

- Over 9,100 hotel rooms for resort & hospitality entities
- Over 27 million square feet of office, retail and industrial assets
- Over 13,000 residential units
- Over 69,000 acres of land assets
- Over 30 operating companies valued in excess of $1 billion
- SEC matters & Ponzi schemes
- Over 30 specialty properties such as franchise restaurants, senior living, medical facilities, golf courses, marinas, etc.
- Overseeing more than 100 projects through the court-supervised sale process in both state and federal courts

**DWC Team**
Please find below a summary of DWC's leadership team. In addition to our leadership team, DWC has an experienced group of project managers, staff accountants, forensic accountants and administrative staff.  DWC utilizes a team approach which draws upon the collective experience of its employees.

**Douglas Wilson, Chairman/CEO (Receiver)** – Mr. Wilson brings over 38 years of experience in problem resolution, development, and real estate management to his Companies' clients. During his career, Mr. Wilson has overseen the management, development, and disposition of over $15 billion in assets and has served as a court appointed fiduciary for more than 1,200 matters in both State and Federal Courts. Mr. Wilson has grown his problem resolution business to serve the growing complex problems that face many lending institutions and bankruptcy courts.

**Michele Vives, President (Receiver)** – Ms. Vives has been with DWC for approximately 10 years. During her tenure, Ms. Vives has worked on several receivership matters acting in a leadership role. Due to her varied experience in both corporate operations and real estate sectors, Ms. Vives possess a business acumen that lends to fully understanding budgets, operations, financial analysis and the resolution of complex transactions. Ms. Vives has been directly involved in various projects and receivership matters with combined value of over $1 billion. She is known for her ability to identify short- and long-term project issues early in the process, provide strategic oversight and facilitate problem resolution. Her command of budgets, timelines, and stakeholder relationships extends across all market segments.

**Lynn M. Goodridge, Certified Public Accountant –** Mrs. Goodridge is responsible for directing the Company's overall financial policies and functions including accounting, credit, insurance, tax and treasury. She directs financial strategy, planning and forecasts, as well as designs and coordinates a wide variety of accounting and statistical data and reports. Mrs. Goodridge has a diversified accounting background with an emphasis on tax, operating companies and real estate. In regard to real estate, she manages the financial reporting, strategic planning, financing, asset disposition and contracts administration and compliance processes relative to all company projects. This includes preparing, reviewing and approving financial pro-formas, preparing underwriting packages, negotiating construction and other financing and identifying the optimal disposition strategy to maximize project and investor returns.

David Fraser
April 20, 2026
Page 3

**Rene Weidman, Controller, Certified Public Accountant** – Ms. Weidman works within development, advisory and receivership projects managed by DWC. With over 19 years of experience in accounting and 13 years of experience as a CPA, Ms. Weidman has a wealth of experience in forensic accounting, litigation preparation and financial analysis for businesses and entities of all kinds. Having served many businesses and industries as a forensic CPA, Ms. Weidman has testified as an expert witness in dozens of cases. Her expertise spans cost and variance analysis, due diligence, cash flow forecasting, business valuation, and financial and audit preparation. As an experienced controller, having worked previously for a San Diego-based manufacturing and distribution company, she applies her problem-solving and analytical skills to the array of projects and client work with which DWC is involved.

**Experience**

DWC has extensive experience in all aspects of fiduciary matters, and has been retained to provide receivership, asset management and consulting services, as well as managing the liquidation process of a number of high-profile assignments. Below is a partial list of some of our similar projects and attached is a comprehensive list of more notable assignments.

**Burnham Pacific Properties** – Burnham Pacific Properties was delisted from the New York Stock Exchange and had to transfer its remaining assets and liabilities to the BPP Liquidating Trust. As a Co-Trustee of that Trust, DWC performed an orderly liquidation of the trust and assets by completing the sale of the remaining real estate assets, collecting receivables on the entire portfolio, managing the outstanding litigation and settling the unsettled liabilities of the Trust.

**USA v. Rubi** – A multi-entity, multi-national investigation of a pyramid scheme involving several hundred investors' investments in fraudulent investment products. DWC, agent for the Receiver, was tasked with collecting, liquidating and distributing assets to the investors. DWC conducted a comprehensive forensic investigation to trace funds and assist individual investors in recovering their investment. DWC collected multiple bank, accounting and finance records from investors and defendants in order to recreate accurate records to reconcile funds. The project's legal complexity required DWC to coordinate with several U.S. government agencies, including the Federal Bureau of Investigation and U.S. Customs, as well as several non-U.S. governments including the Philippines, England, and France. Finally, DWC prepared a reconciliation of investor balances, then developed and implemented a communication plan to serve investors.

**Private Equity Management Group (PEMG)** – A large, $1 Billion Ponzi scheme involving nine large investor-banks. As project manager for the Receiver, a DWC team member was tasked with finding and liquidating assets from around the world and distributing the recovery to harmed investors. Tasked with reviewing the operations of PEMG and confirm whether it had been operating as alleged in the SEC's complaint. It was quickly determined that PEMG was operating as a massive Ponzi scheme and was utilized as a personal piggy bank for the company's principal. Following this determination, the team was tasked with maximizing the recovery for investors by selling 50+ assets worldwide — including three coal mines in China, 880 acres in Costa Rica, a large timeshare

David Fraser
April 20, 2026
Page 4

project in Canada, oil and gas rights in Russia, real properties, promissory notes in the US and the most unique asset — 275 life insurance policies with over $1B in face value. Tasks also involved pursuing litigation against insiders, attorneys and accountants for assisting in perpetuating the fraud.

**Norman vs. Norman** – This assignment involved the largest industrial business park in the United States. As the Special Master, DWC was charged with assisting in the settlement of a father/son financial dispute regarding the management of their jointly-owned industrial business park. DWC provided forensic accounting services, including a comprehensive review of all cash, real estate and partnership transactions for 10 separate legal entities over the preceding 11-year period. As part of this assignment, DWC reviewed and advised over 2,000 financial and nearly 200 real estate transactions.

**J.E. Higgins Lumber Company** – A large-scale, regional lumber company and supplier of various construction related hardwood, flooring, and window framing products. At its peak, the 125-year old company had revenues exceeding $300 million, with well over a dozen locations and over 600 employees. DWC was charged with managing the interim operations and liquidation of the company and its diverse assets. Immediately after taking control over the operating company, DWC provided an in-depth review of the company's financial position, which had already begun an orderly consolidation and wind down. Following its initial review, DWC formulated a strategic liquidation plan, and obtained court approval to liquidate the company's assets while overseeing its interim operations in order to maximize the recovery of proceeds. DWC's responsibilities included overseeing the collection of accounts receivable, selling various real estate assets, directing the orderly liquidation of inventory, resolving numerous outstanding liens, and defending the company against any lawsuits that may arise.

**A&J Cheese Company** – A food manufacturer and distributor of Italian cheese and food products with multiple manufacturing and distributor of Italian cheese and food products with multiple manufacturing, distribution and storage facility operations located throughout the greater Los Angeles area. DWC oversaw operations management for approximately six months prior to implementing the liquidation of inventories. During this time, DWC administered a comprehensive forensic accounting and managed a receivables portfolio in excess of $50 million. DWC also served as the custodian of records and worked closely with various agencies conducting multiple investigations. Once accounting and other issues were resolved, DWC negotiated and executed the sale of the business.

**UFC Seafood** – An Asian food importer and distributor located in Los Angeles, California, DWC, as agent for Receiver, liquidated assets and collected receivables for UFC Seafood. DWC took possession of three distribution warehouses and prepared an inventory of all assets. During the following 11-month period, DWC negotiated more than 100 separate sales of more than $1 million in perishable and non-perishable foodstuffs, dry goods and personal property. After reviewing and correcting the company's accounting systems to reflect an accurate value and instituting a comprehensive collection plan, DWC returned the

David Fraser
April 20, 2026
Page 5

leased warehouse and storage facilities to their respective landlords. Ultimately, DWC liquidated the assets of UFC and collected all due receivables.

**Tri-National** – A bankruptcy estate consisting of three separate land parcels in and around Rosarito, Mexico. Appointed as Trustee, DWC took control of the assets, secured the title and liquidated the properties. The Trustee maintains the debtor's books and records; prepares monthly operating reports; receives payments and makes distributions; assists counsel in preparing status reports; prepares various financial analysis and projections; coordinates activities with Capital Trust relating to resolution of the case, property sales activity and funds distribution; resolves issues relating to title and ownership for the Mexican properties; performed numerous physical inspections of the property relating to illegal trespassers; conducted numerous meetings with the various parties in order to facilitate the sale of the Mexican properties; meets with brokers and potential purchasers of the Mexican properties; and has coordinated final Mexican property sales activity.

**NexHorizon Communications** – A San Diego based cable company that provides digital cable and high speed internet to approximately 1,000 subscribers in Southern San Diego County, DWC was tasked to take possession, custody and control of the business premises and collateral assets. DWC focused on resolving outstanding utility matters related to the City of Chula Vista and SDG&E. After resolving various building code violations related to the City of Chula Vista, the Receiver petitioned the court for permission to sell the asset. The Receiver settled in an auction style format and published the proposed auction details in various news and industry sites.

Thank you for letting us submit information regarding DWC's credentials, experience and corporate history. We would highly value the opportunity to work with you and to add value and augment the team that may require our services. We are proud of our long-standing reputation for providing high level professional services in an efficient manner on a cost competitive basis.

We look forward to scheduling a meeting to further discuss how we may be of service.


Kind Regards,


Douglas P. Wilson                                    Michele Vives
Chairman & CEO                                       President