Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 3

DWC Receivership Rate Schedule (2026)

Loftus & Eisenberg, Ltd.
181 W. Madison St., Suite 4700, Chicago, IL 60602



# *DOUGLAS WILSON COMPANIES*

**1620 Fifth Avenue, Suite 400, San Diego, CA 92101**
**Phone: 619.641.1141   Fax: 619.641.1150**
*www.douglaswilson.com*

**Receivership/Workout Business**
*Effective January 1, 2026*

---

### *SCHEDULE OF HOURLY RATES**

| | |
|---|---|
| Executive Management | $650 |
| Receiver | $500 |
| Managing Director/ Const. Manager | $400 |
| Project Director | $350 |
| Project Associate Director | $245 |
| Accounting | $175 |
| Administrative | $125 |

### *REIMBURSABLE COSTS ARE BILLED AT COST***

Bond
Court Filing Service
Notary
Photocopies
Postage
Messenger/Overnight Delivery
Travel, Meals, & Expenses

*\* Rates for specific personnel may vary slightly from the above based on experience levels but will not exceed these values for the given category of work performed.  Hourly rates will increase subject to a 5% annual increase effective January 1 of each year.*

*\*\* Other direct costs we incur in connection with our services, such as outside attorneys, accountants and other professionals, may be reimbursable based on the terms of our agreement.*

*\*\*\*Invoices are due within 30 days of receipt.  If invoices are unpaid after 30 days, a monthly interest charge equal to one and a half percent (1.5%) of the unpaid balance will be imposed.  The interest charge will continue to accrue, based on the unpaid balance outstanding each month, until the entire unpaid balance and all interest charges are paid in full.*