Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 4

DWC Federal Receiverships Brochure

Loftus & Eisenberg, Ltd.
181 W. Madison St., Suite 4700, Chicago, IL 60602



Douglas Wilson Companies

# Corporate Overview

Douglas Wilson Companies (DWC) was founded in 1989 to provide a wide range of problem resolution and real estate services. Our professional team has earned a unique track record of success with our diverse client base, which includes: financial institutions, law firms, investors, state and federal courts, and property owners located throughout the country. With a seasoned team of business, real estate and financial services professionals, DWC offers a level of specialized services not found elsewhere.

With offices in Las Vegas, Los Angeles/Orange County, Phoenix, San Diego, San Francisco and Washington, D.C., DWC is the largest business services entity of its kind. Focusing on our commitment to and relationships with our clients, we provide workout and problem resolution, crisis/force majeure response, asset management, consulting, forensic accounting, business planning, brokerage, receivership, development, entitlement, and construction management services. To date, we have provided problem resolution services for more than 1,200 matters involving assets valued in excess of $15 billion.



Whether your needs require assistance with solving a complicated problem, leveraging the value of a project, or developing a new project, we'd like to help you orchestrate and implement a plan for success.



Serving clients throughout the United States

619.641.1141                    douglaswilson.com



Services

# Problem Resolution & Fiduciary Services

Douglas Wilson Companies' (DWC) unmatched experience and integrity as a court-appointed fiduciary over the past 25 years enables DWC to efficiently handle complex assignments anywhere in the United States. Whether appointed as a special master, receiver, trustee, performing forensic accounting tasks, or in any other fiduciary capacity, we utilize a team approach which draws on the experience of all our professionals. This strategy allows our team members to move where their talents can best be used and gives Douglas Wilson Companies the flexibility it needs to adapt to new challenges while operating within the unique legal framework required as a court-appointed fiduciary.



Receiverships

Special Master

Liquidating Agent/Liquidating Trustee

Forensic Accounting

Assignment for the Benefit of Creditors

Bankruptcy Trustee

Bankruptcy Examiner

Outside Creditors Committee Advisor

Chief Restructuring Officer

SEC Ponzi Schemes

U.S. Attorney Investigations

Fraud Investigations

Operating Businesses/Equity Receiverships

Mediation

Expert Witness

Expert Reports

Court-Supervised Asset Sales

Litigation Support

Provisional Director

Turnaround Management/Repositioning



# Real Estate and Construction Services

As a full-service management and brokerage firm, Douglas Wilson Companies (DWC) specialists leverage the value of our clients' real estate assets. Our development professionals provide the full spectrum of financing, planning, construction, and marketing services for a wide range of residential and commercial projects. In addition to its own development projects—which include Parkloft condominiums valued at $60 million, The Mark condominiums valued at $155 million, Rio Salado & Mill valued at $220 million, and the Symphony Towers mixed-use office and hotel valued at $165 million—DWC provides construction, renovation, planning, and marketing services to a variety of diverse clients.



Construction Management

Development Strategies

Market Feasibility Analysis

Financial Modeling

Due Diligence

Alternative Use/Market Analysis

Property Entitlements

Lease Reviews & Negotiations

Contract Negotiations

Asset & Property Management

Hospitality Asset Management

Golf Course/Recreation Management

Healthcare Facility Management

Marketing Planning & Implementation

Fee Development

Project Repositioning

Build-to-Suits

Seismic Retrofit & Repair



# Brokerage Services

The Douglas Wilson Companies' (DWC) real estate brokerage division is an industry leader in the disposition of unique and distressed assets in both judicial and non-judicial contexts. The DWC brokerage team is uniquely qualified due to its depth of experience in managing complex disposition marketing plans with immediate "in-house" access to legal counsel, forensic accounting, construction and development specialists, financial analysts, asset managers, property managers, and bankers. Each assignment is created specific to the needs of the client and asset with the goal of an on-time closing at the agreed upon price and terms to maximize recovery of capital.



Asset Dispositions

Acquisitions

Portfolio Sales

Note Sales

Receiver Sales

Real Estate Owned

Asset Valuations

Opinions of Value

Bankruptcy Court Asset Sales

Lease Reviews & Negotiation

Complex Distressed Dispositions

Partially Completed Project Sales

Specialized Asset Classes

    Hotels

    Mining Properties

    Medical Facilities

    Convenience & Gas

    Self Storage

    Land





Projects

# 1inMM Capital LLC

COURT:  United States District Court, Central District of California - Western Division



DESIGNATION:  Michele Vives, Receiver

PROPERTY DESCRIPTION:  No real property involved.

PROJECT DESCRIPTION:  Receiver of Zachary Horwitz and 1inMMCapital, LLC for operating a Ponzi Scheme in which the individual and entity fradulently raised over $690 million from investors.

SCOPE OF WORK:  Appointed as permanent receiver of Defendant 1inMM Capital, LLC ("1inMM") and its subsidiaries and affiliates, and over the Subject Assets, with full powers of an equity receiver, including, but not limited to, full power over all funds, assets, collateral, premises (whether owned, leased, occupied, or otherwise controlled), choses in action, books, records, papers and other property belonging to, being managed by or in the possession of or control of Defendant 1inMM and its subsidiaries and affiliates.

The Receiver is charged with maximizing asset recovery and to facilitating a Claims Dispute process for the victim investors.

PROJECT RESOLUTION:  On going.



# USA vs. Rubi

**COURT:**  United States District Court, Southern District of California



**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  A Multi-entity, multi-national investigation of a pyramid scheme involving several hundred investor's investments in fraudulent investment products.

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC), agent for the Receiver, was tasked with collecting, liquidating and distributing assets to the investors.

**SCOPE OF WORK:**  DWC conducted a comprehensive forensic investigation to trace funds and assist individual investors in recovering their investment. DWC collected multiple bank, accounting and finance records from investors and defendants in order to recreate accurate records to reconcile funds. The project's legal complexity required DWC to coordinate with several U.S. government agencies, including the Federal Bureau of Investigation and U.S. Customs, as well as several non-U.S. governments including the Philippines, England, and France. Finally, DWC prepared a reconciliation of investor balances, then developed and implemented a communication plan to serve investors.

**PROJECT RESOLUTION:**  After completing the forensic investigation, DWC was able to collect and distribute recovered funds to investors.



# Norman vs. Norman (Tahoe Reno Industrial Center)

**COURT:** Second Judicial District Court, Nevada



**DESIGNATION:**  Douglas P. Wilson, Special Master

**PROPERTY DESCRIPTION:**  The largest industrial business park in the United States.

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC), agent for Special Master, was charged with settling a father/son financial dispute regarding the management of their jointly-owned industrial business park.

**SCOPE OF WORK:**  DWC provided forensic accounting services, including a comprehensive review of all cash, real estate and partnership transactions for 10 separate legal entities over the preceding 11 year period. As part of this assignment, DWC reviewed and advised over 2,000 financial and nearly 200 real estate transactions.

**PROJECT RESOLUTION:**  DWC resolved the father/son team dispute and made multiple recommendations for moving forward based on its comprehensive financial analysis.



# Private Equity Management Group (PEMG)

COURT:  Federal Court of the State of California, County of Orange



DESIGNATION:  Ryan Baker, Project Manager for Receiver

PROPERTY DESCRIPTION:  A large, $1 Billion Ponzi scheme involving nine large investor-banks.

PROJECT DESCRIPTION:  As project manager for the Receiver, a DWC team member was tasked with finding and liquidating assets from around the world and distributing the recovery to harmed investors.

SCOPE OF WORK:  To review the operations of PEMG and confirm whether it had been operating as alleged in the SEC's complaint. It was quickly determined that PEMG was operating as a massive Ponzi scheme and was utilized as a personal piggy bank for the company's principal. Following this determination, the team was tasked with maximizing the recovery for investors by selling 50+ assets worldwide — including three coal mines in China, 880 acres in Costa Rica, a large timeshare project in Canada, oil and gas rights in Russia, real properties, promissory notes in the US and the most unique asset — 275 life insurance policies with over $1B in face value. Tasks also involved pursuing litigation against insiders, attorneys and accountants for assisting in perpetuating the fraud.

PROJECT RESOLUTION:  After completing an investigation and an orderly liquidation of all assets, a distribution plan was court-approved leading to a nearly 40% recovery for the investor victims.

*This project was managed while Ryan Baker was at his previous firm.

# J.E. Higgins Lumber Company

COURT:  Superior Court of the State of California, Alameda County



DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  J.E. Higgins Lumber Company is a large scale, regional lumber company and supplier of various construction-related hardwood, flooring, and window framing products. At its peak, the 125 year old company had revenues exceeding $300 million, with well over a dozen locations and over 600 employees.

PROJECT DESCRIPTION:  Acting as agent for the Receiver, Douglas Wilson Companies (DWC) was charged with managing the interim operations and liquidation of the company and its diverse assets.

SCOPE OF WORK:  DWC provided an in-depth review of the company's financial position, which had already begun an orderly consolidation and wind down. Following its initial review, DWC formulated a strategic liquidation plan, and obtained court approval to liquidate the company's assets while overseeing its interim operations in order to maximize the recovery of proceeds. DWC's responsibilities included overseeing the collection of accounts receivable, selling various real estate assets, directing the orderly liquidation of inventory, resolving numerous outstanding liens, and defending the company against any lawsuits that may arise.

PROJECT RESOLUTION:  The Receiver was discharged.



# A&J Cheese Company

COURT:  Superior Court of the State of California, San Bernardino County

 

DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A food manufacturer and distributor of Italian cheese and food products with multiple manufacturing, distribution and storage facility operations located throughout the greater Los Angeles area.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, managed the day-to-day business operations of A&J Cheese Company.

SCOPE OF WORK:  DWC oversaw operations management for approximately six months prior to implementing the liquidation of inventories. During this time, DWC administered a comprehensive forensic accounting and managed a receivables portfolio in excess of $50 million. DWC also served as the custodian of records and worked closely with various agencies conducting multiple investigations.

PROJECT RESOLUTION:  Once accounting and other issues were resolved, DWC negotiated and executed the sale of the business.



# UFC Seafood

**COURT:**  Superior Court of the State of California, Los Angeles County

 

**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  An Asian food importer and distributor located in Los Angeles, California.

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC), agent for Receiver, liquidated assets and collected receivables for UFC Seafood.

**SCOPE OF WORK:**  DWC took possession of three distribution warehouses and prepared an inventory of all assets. During the following eleven-month period, DWC negotiated more than 100 separate sales of more than $25 million in perishable and non-perishable foodstuffs, dry goods and personal property. After reviewing and correcting the company's accounting systems to reflect an accurate value and instituting a comprehensive collection plan, DWC returned the leased warehouse and storage facilities to their respective landlords.

**PROJECT RESOLUTION:**  Ultimately, DWC liquidated the assets of UFC and collected all due receivables.



# Shidaal Express, Inc.

**COURT:**  United States District Court, Southern District of California



**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  Two check cashing locations in San Diego, California which provide money order, check cashing and bill payment services, as well as "investment opportunities."

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to secure, manage, and maintain the homes and lots.

**SCOPE OF WORK:**  This project involved an alleged affinity fraud scheme within the San Diego Somali community. The owner of the check cashing locations solicited investments in $10K increments with the promise of a $500 monthly return on investment. The alleged Ponzi scheme netted $3M in investments. Project managers took over and eventually closed the two check cashing stores, investigated the diversion of funds, and attempted to recover the amounts invested. DWC continued to work with the Securities and Exchange Commission and Federal Bureau of Investigation in the ongoing investigation.

**PROJECT RESOLUTION:**  DWC's findings were accepted and the receivership ended.



# Secured Capital Investments (SCI)

**COURT:** Federal Court of the State of California, County of Orange



**DESIGNATION:** Ryan Baker, Project Manager for Receiver

**PROPERTY DESCRIPTION:** A $14 million Ponzi-like scheme involving various assets around the United States.

**PROJECT DESCRIPTION:** As project manager for the Receiver, a DWC team member was tasked with liquidating various assets tied to the investment scheme which included multiple storage facilities, property tax liens, commercial real estate and promissory notes.

**SCOPE OF WORK:** SCI, and its many related entities, ran afoul of securities laws on multiple fronts. After a receiver was appointed to review and halt the many transgressions, a Ponzi-like scheme was discovered by the receiver with new investor monies being used to pay the interest of prior investors. Many of the investments made by the company's principal had failed and, with insufficient cash flow, the only source to sustain interest payments was to use new investor monies.

**PROJECT RESOLUTION:** The project manager led an orderly liquidation of the company in order to maximize the recovery to the company's victims.

*This project was managed while Ryan Baker was at his previous firm.*



# Tri-National

**COURT:**  United States Bankruptcy Court, Southern District of California



**DESIGNATION:**  Douglas P. Wilson, Chapter 11 Trustee

**PROPERTY DESCRIPTION:**  A bankruptcy estate consisting of three separate land parcels in and around Rosarito, Mexico.

**PROJECT DESCRIPTION:**  Douglas Wilson, appointed as Trustee, took control of the assets, secured the title and liquidated the properties.

**SCOPE OF WORK:**  The Trustee maintained the debtor's books and records; prepared monthly operating reports; received payments and made distributions; assisted counsel in preparing status reports; prepared various financial analysis and projections; coordinated activities with Capital Trust relating to resolution of the case, property sales activity and funds distribution; resolved issues relating to title and ownership for the Mexican properties; performed numerous physical inspections of the property relating to illegal trespassers; conducted numerous meetings with the various parties in order to facilitate the sale of the Mexican properties; met with brokers and potential purchasers of the Mexican properties; and coordinated final Mexican property sales activity.

**PROJECT RESOLUTION:**  A significant portion of portfolio was sold and the case was dismissed by the Bankruptcy Court in May 2020.



# NexHorizon Communications

COURT:  Superior Court of the State of California, San Diego County



| | |
|---|---|
| DESIGNATION: | Douglas P. Wilson, Receiver |
| PROPERTY DESCRIPTION: | A San Diego-based cable company that provides digital cable and high speed internet to approximately 1,000 subscribers in Southern San Diego County. |
| PROJECT DESCRIPTION: | Douglas Wilson Companies (DWC) was tasked to take possession, custody and control of the business premises and collateral assets. |
| SCOPE OF WORK: | DWC focused on resolving outstanding utility matters related to the City of Chula Vista and SDG&E. After resolving various building code violations related to the City of Chula Vista, the Receiver petitioned the Court for permission to sell the asset. |
| PROJECT RESOLUTION: | The Receiver settled in an auction style format and was discharged. |



# Tim-Jon Corporation (Money Purchase Pension Plan)

**COURT:**  Superior Court of the State of California, San Diego County



**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  A corporate pension plan.

**PROJECT DESCRIPTION:**  Douglas Wilson tasked Douglas Wilson Companies (DWC) with the responsibilities of Successor Trustee and plan administrator for the pension plan.

**SCOPE OF WORK:**  DWC first performed an extensive accounting to assemble the books and records of the pension plan and then coordinated a full audit. Serving as the custodian of the assets, DWC handled all money management functions.

**PROJECT RESOLUTION:**  DWC filed for a pension plan termination and distribution with the Internal Revenue Service. The plan was successfully terminated and the proceeds were distributed to the participants.



# Protron Digital

COURT:  Superior Court of the State of California, San Bernardino (Rancho Cucamonga) County

 

DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A producer of consumer electric goods, including TVs, DVD players, and digital picture frames.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for the Receiver, was charged with oversight of the company operations.

SCOPE OF WORK:  DWC was initially engaged to collect the accounts receivable which were the subject of a dispute between the company and its largest supplier. The scope of responsibilities was expanded to include full equity receivership and the oversight of the company's operations. When the company was determined to be insolvent, DWC liquidated the company and put the company into bankruptcy in order to preserve preference payment claims against the prior owners of the company.

PROJECT RESOLUTION:  DWC successfullly liquidated the company's assets and payments to the creditors, the remaining claims against the prior owners were assigned to the company's largest supplier and DWC continued to   provide litigation support for these claims.



# Burnham Pacific Properties

REGION: California



**DESIGNATION:** Douglas P. Wilson, Co-Trustee, BPP Liquidating Trust

**PROPERTY DESCRIPTION:** Successor in assets of a publicly traded Real Estate Investment Trust (REIT).

**PROJECT DESCRIPTION:** Burnham Pacific Properties delisted from the New York Stock Exchange (NYSE) and transferred its remaining assets and liabilities to the BPP Liquidating Trust, Douglas Wilson was named Co-Trustee and charged Douglas Wilson Companies (DWC) with performing an orderly liquidation of the trust and assets.

**SCOPE OF WORK:** DWC's liquidation of the Trust included completing the sale of the remaining real estate assets, collecting receivables on the entire portfolio, managing outstanding litigation and settling unsettled liabilities of the Trust.

**PROJECT RESOLUTION:** The liquidation was completed and remaining funds were distributed to investors.



# Friedman Family Trust

REGION:  California



| | |
|---|---|
| **DESIGNATION:** | Douglas P. Wilson, Consultant |
| **PROJECT DESCRIPTION:** | Hired as an independent third party accountant for the Friedman Family Trust, Douglas Wilson Companies (DWC) performed forensic accounting to assist in disputes between beneficiaries. |
| **SCOPE OF WORK:** | DWC reviewed and analyzed all accounting transactions for the trust's legal entities for a three year period. DWC then provided streamlined documentation, authorization and reporting systems for all transactions. |
| **PROJECT RESOLUTION:** | DWC performed forensic accounting as tasked. |



# Herbst Oil

COURT:  Second Judicial District Court of Nevada, Washoe County





DESIGNATION:  Douglas P. Wilson, Independent Accountant

PROPERTY DESCRIPTION:  Operator of 60 convenience stores and gas stations.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC) was appointed as Independent Accountants for purposes of determining compliance and making a determination of value relating to a Stock Purchase Agreement.

SCOPE OF WORK:  DWC conducted a detailed factual investigation and document examination of all disputed items relating to a determination of a final purchase price for the sale of the business.

PROJECT RESOLUTION:  The court accepted DWC's report and findings and ordered the payment of the additional purchase price adjustment as determined by DWC.



# Car Wash of America

COURT:  Superior Court of the State of the State of California, San Diego County



DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  Three Chevron service station and car wash facilities as well as one Jiffy Lube Service Center in San Diego, California.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, controlled property management and operations oversight. DWC was also responsible for marketing the properties for sale.

SCOPE OF WORK:  DWC took possession and control of the properties and their operations. DWC performed a comprehensive financial analysis and implemented cash controls as well as a system of checks and balances to manage outflow of funds from the company's bank accounts. This included resolving relationship concerns and settling debts owed to key suppliers, vendors and employees for pre-receivership operations. DWC arranged and supervised onsite inspections for each location and held regular meetings to appropriately communicate with the site managers. The three gas station properties contained hydrocarbon soil contamination. DWC coordinated all environmental remediation, engaged the appropriate third parties to investigate and perform the work, implemented the remediation work plan and successfully obtained "No Further Action" certifications from the County Department of Environmental Health.

PROJECT RESOLUTION:  The property was sold and the Receiver discharged.




# JL Furnishings LLC

**COURT:**  Superior Court of the State of California, Los Angeles County



**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  The second largest hospitality furniture manufacturer in the nation, JL Furnishings (JLF) had blue chip clients including Starbucks, Marriott, Disney, as well as many others. The company had operations in both Southern California as well as North Carolina and, at its peak, earned revenues in excess of $60 million with over 500 employees.

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to take possession, custody and control of the business premises and collateral assets. It was eventually determined an orderly liquidation was the most prudent wind-down strategy.

**SCOPE OF WORK:**  JL Furnishing's operations were shuttered just four days prior to the appointment of the receiver, creating additional complexity to the already intricate terrain of the project. After determining that operations for the business could not be restarted, DWC began the orderly liquidation of the significant amount of machinery, account receivables, work-in-progress assets and materials.

**PROJECT RESOLUTION:**  The final distribution to secured creditors is anticipated to occur in the near term.



# Anglo Irish Portfolio

COURT:  Nationwide









| | |
|---|---|
| **DESIGNATION:** | Douglas P. Wilson, Receiver |
| **PROPERTY DESCRIPTION:** | The Anglo Irish Portfolio consists of 18 properties located throughout California, Illinois, Massachusetts, Texas and Virginia, totaling over one million square feet of commercial office, retail and industrial buildings; 173.24 acres of land; and two single family residences. The bulk of the properties were entitled and planned for large mixed-use developments, such as the 4.5 million square foot Westwood Station in Boston, the one million square foot New City in Chicago, and the one million square foot Eisenhower Gateway in Alexandria. Also included in the portfolio is the Hollywood Palladium, a 62,000 square foot historically designated theatre that is currently used for a variety of high profile music concerts, special events and award shows. |
| **PROJECT DESCRIPTION:** | Douglas Wilson Companies (DWC), agent for Receiver, was charged with taking possession, custody and control of the assets. |
| **SCOPE OF WORK:** | DWC worked to preserve and protect each of the assets, even as the note was purchased by a new entity midway through the receivership. DWC continued to perform as the Receiver, operating the properties, renewing leases, preserving entitlements, working with local governments and providing third party market research. |
| **PROJECT RESOLUTION:** | Each project had a different successful resolution which included receivership sales, trustee sales and discounted payoffs. |

# Belaire at Boca

COURT: Circuit Court of the Ninth Judicial Circuit. Florida





DESIGNATION: Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION: A 522 unit condominium conversion project with three clubhouses, fitness center, three swimming pools, five spas, three tennis courts, "tot lot" and a putting green, situated on 35 acres in Boca Raton, Florida.

PROJECT DESCRIPTION: Douglas Wilson Companies (DWC), agent for Receiver, was tasked with sales and marketing, construction management, accounting services, as well as consulting with the Homeowners' Association (HOA) for the condominium conversion project.

SCOPE OF WORK: DWC engaged a third party sales and management team and worked closely with the third party team to boost marketing efforts and re-launch the development. DWC also hired an experienced advertising agency to handle the rebranding of the development to boost project interest. DWC conducted financial projections for the property and its holdings, consulted with the HOA, recommended several capital improvements to the property and obtained estimates from contractors to execute the improvements.

PROJECT RESOLUTION: The lender procured a deed in lieu and DWC was discharged as Receiver.



# Horizon Country Club (The Bridges at Rancho Santa Fe)

COURT:  Superior Court of the State of California, San Diego County



DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  An 18-hole Robert Trent Jones golf course surrounded by 237 home sites in Rancho Santa Fe, California.

PROJECT DESCRIPTION:  Due to a partnership dispute, Douglas Wilson Companies (DWC), agent for Receiver, was tasked with sales and distribution of property, as well as legal defense support of the Club partnership's interest in two lawsuits.

SCOPE OF WORK:  Over a five-year period, DWC sold club property and credited the proceeds to payment of the partnership's debts. DWC also supported the defense in the partnership's interests in multiple law suits. DWC preserved the property entitlements, maintained the facilities and coordinated the release of $9 million in subdivision improvement security. In order to prompt the sale of the property, DWC conducted a robust marketing campaign, which included a comprehensive due diligence package for prospective buyers.

PROJECT RESOLUTION:  DWC executed the sale of the property for $21 million at public auction.



# Citi Hotels

COURT: District Court, Adams County, Colorado; Court of Common Pleas, Lake County, Ohio; Iowa District Court, Dallas County, Iowa





DESIGNATION: Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION: A portfolio of six extended stay Marriott hotels with a total of 514 rooms. Three Fairfield Inns are located in Colorado, a Marriott Courtyard in Ohio, and a Fairfield Inn and a Springhill Suites in Iowa. Most of the hotels contain an indoor pool, whirlpool, meeting space and/or fitness room.

PROJECT DESCRIPTION: Douglas Wilson Companies (DWC), agent for Receiver, was engaged to step in as Landlord and oversee the properties.

SCOPE OF WORK: DWC was responsible for managing, operating and preserving the properties. In addition, DWC oversaw the completion of the Property Improvement Plan (PIP) for all three Denver locations. The PIP included an upgrade of 10% of the rooms to suites, enhancement of the remaining guest rooms and full renovation of the lobby, breakfast, and public areas.

PROJECT RESOLUTION: The parties reached an agreement and the Receiver was successfully discharged.



# Cypress Abbey

COURT: Superior Court of the State of California, Nevada County

 

DESIGNATION:   Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:   Multiple ranch properties which in aggregate totaled over 29,000 acres, located in Oregon, California and Hawaii; as well as various types of construction equipment.

PROJECT DESCRIPTION:   Due to a partnership dispute, Douglas Wilson Companies (DWC), agent for the receiver, oversaw the sales and marketing efforts to liquidate the partnership's assets and completed forensic accounting used to determine the partnership distributions.

SCOPE OF WORK:   DWC conducted in-depth forensic accounting for the partnership's joint ventures to determine each partner's account balance. DWC preserved the land use entitlements for a residential subdivision possessed by one of the joint ventures, and provided brokerage support services in connection with the sale of various properties.

PROJECT RESOLUTION:   Successfully liquidated the partnership assets, generating over $34 million in revenue. Receivership discharged.



# Opus East NOAA Facility

COURT: Circuit Court for Prince George's County, Seventh Judicial Circuit Court, Maryland



DESIGNATION: Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION: A partially constructed 268,762 square foot office and research facility adjacent to the University of Maryland. Built to be the new home for the National Oceanic and Atmospheric Administration, this building will meet LEED Silver certifications, Level Four (ISC/FPS) security criteria and have amenities such as a delicatessen, fitness room, parking for 700 vehicles, a green roof and shuttles to the nearby College Park Metro Station.

PROJECT DESCRIPTION: Douglas Wilson Companies (DWC), agent for Receiver, was tasked to preserve, protect and eventually complete the construction of the collateral.

SCOPE OF WORK: DWC was responsible for coordinating continued development and construction activities for the property while negotiating the settlement of the existing GSA lease dispute and numerous mechanics' lien claims.

PROJECT RESOLUTION: DWC settled the GSA lease dispute and the funding requirements for the completion of the property. During the construction process, DWC orchestrated the sale of the property to an investor of GSA- leased properties, which required the approval of the ground lessor (University of Maryland).

# China Basin Landing

**REGION:**  San Fransisco, California



| | |
|---|---|
| **DESIGNATION:** | Douglas P. Wilson, Consultant |
| **PROPERTY DESCRIPTION:** | A 675,000 square-foot office complex on the San Francisco Bay waterfront, adjacent to Pacific Bell Park, home of the San Francisco Giants. |
| **PROJECT DESCRIPTION:** | Douglas Wilson Companies (DWC) was retained under a development services agreement to oversee all aspects of repositioning China Basin Landing. |
| **SCOPE OF WORK:** | DWC coordinated the new planning effort while resolving numerous existing entitlement, construction and seismic retrofit issues. DWC also oversaw the onsite management team. |
| **PROJECT RESOLUTION:** | DWC was successful in leasing the property from 70% to 91% occupancy in only 18 months before selling the project for $85 million. |



# The Mark

REGION:  San Diego, California




| | |
|---|---|
| **DESIGNATION:** | Douglas P. Wilson, Developer/Principal |
| **PROPERTY DESCRIPTION:** | A $155 million mixed-use development located one block from the San Diego Padres' Petco Park. The project includes a 33 story tower with 233 condominium units and 11 townhomes, ground floor retail space and approximately 450 subterranean parking spaces. Amenities include a fitness center, swimming pool, spa and landscaped open space areas. |
| **PROJECT DESCRIPTION:** | Douglas Wilson Companies (DWC) managed all aspects of development for The Mark. |
| **SCOPE OF WORK:** | DWC managed all aspects of the development process including land acquisition, entitlements, design coordination, project financing, construction management, sales and marketing. |
| **PROJECT RESOLUTION:** | The Mark was completed as budgeted and is widely considered one of downtown San Diego's most upscale developments. |



# ParkLoft

**REGION:** San Diego, California

 

**DESIGNATION:** Douglas P. Wilson, Developer/ Principal

**PROPERTY DESCRIPTION:** A $60 million poured-in-place concrete and brick building with 120 one- and two-story residential lofts, ranging from 930 to over 3,000 square-feet located in downtown San Diego's East Village district, one block north of Petco Park. The units have many upscale features. Three levels of subterranean and surface parking accommodate approximately 200 cars.

**PROJECT DESCRIPTION:** Douglas Wilson Companies (DWC) was the managing partner of the development entity.

**SCOPE OF WORK:** DWC negotiated the purchase of several parcels for the project site, developed the project concept and plans, coordinated land use and project approvals, secured equity and construction financing, supervised construction, marketed and sold out the entire project.

**PROJECT RESOLUTION:** The building was a financial success, completed on time, under budget and with strong absorption. Parkloft is commonly regarded as the highest quality residential project in downtown San Diego and has received eight different industry awards including the Downtown San Diego Partnership's Alonzo Award for Best Residential Development.



# Symphony Towers

REGION:  San Diego, California

 

DESIGNATION:  Douglas P. Wilson, Developer

PROPERTY DESCRIPTION:  A 1.2 million square foot, two tower hotel and office complex that includes a 34 story office building with 530,000 square feet of rentable space, a 264 room Sheraton Hotel, a five level parking structure and the 2,255 seat Copley Symphony Hall. The project was built for $165 million in 1989 and is the largest private mixed-used project in downtown San Diego, California.

PROJECT DESCRIPTION:  Douglas P. Wilson oversaw the Symphony Towers project from conception and development to handling the sale to a British pension fund.

SCOPE OF WORK:  In overseeing development of the project from conception to final sale, Douglas Wilson coordinated entitlements, projected necessary financing, conducted lease negotiations, coordinated design and supervised site construction.

PROJECT RESOLUTION:  Symphony Towers was completed and continues to be a premier hotel and office complex in downtown San Diego.



# Emery Bay

COURT: Superior Court of the State of California, Alameda County



DESIGNATION: Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION: A condominium project located in Emeryville, California, consisting of 424 multifamily units, 174 rental units, and 250 condominium units. Amenities include a fitness center, business center, community room, barbeque areas, toddler play areas, one pool and two spas.

PROJECT DESCRIPTION: Douglas Wilson Companies (DWC), agent for Receiver, was tasked to take possession of and control over, and to perform services and actions necessary to manage, protect and preserve the properties.

SCOPE OF WORK: DWC was responsible for all aspects of managing and marketing the project to protect the collateral of the Plaintiff.

PROJECT RESOLUTION: Douglas P. Wilson was successfully discharged as Receiver.



# Wyndham San Diego

REGION:  San Diego, California



| | |
|---|---|
| **DESIGNATION:** | Douglas Wilson Companies, Consultant, Development Services |
| **PROPERTY DESCRIPTION:** | A 600 room hotel with ancillary retail located at San Diego's North Embarcadero. Positioned at the "harbor gateway," the Wyndham offers visitors affordable accommodations right on the waterfront. |
| **PROJECT DESCRIPTION:** | The FelCor San Diego Bayside Improvement Plan was designed to enhance the experience of San Diego visitors, San Diego community members and hotel users while maintaining the vision and integrity of the North Embarcadero Visionary Plan, Port Master Plan and the Integrated Vision Plan. |
| **SCOPE OF WORK:** | DWC is worksing with the project owner facilitating government affairs, Port of San Diego policy 355 application, lease negotiations and community outreach. |
| **PROJECT RESOLUTION:** | Ongoing long term contract with the hotel owner. |



# Vintage Oaks on the Green

**COURT:**  Superior Court of the State of California, Sonoma County

 

**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  The property is a single 18.24 acre parcel of undeveloped land, previously used as a trailer park site. Located in the Town of Windsor in Sonoma County, California. The property is currently entitled for 387 Residential Units and 876 parking spaces.

**PROJECT DESCRIPTION:**  Appointed in January 2020, the Receiver is responsible for preserving the project entitlements, maintaining the asset, all related contracts and to develop a plan recommending the highest and best use of the asset.

**SCOPE OF WORK:**  The DWC team proactively worked with all parties and the Town of Windsor to ensure that the entitlements remained in place and successfully extended the building permits that were expiring in May 2020. Throughout the project, DWC has secured the property, managed its ongoing maintenance operations, and continues to work with Town staff finding ways to minimize any negative impacts on the property. DWC is also working to develop revised underwriting scenarios to maximize the assets value and reposition it for either a sale or to commence construction prior to permit expiration.

**PROJECT RESOLUTION:**  Ongoing project.



# Dupont Lofts

COURT:  Superior Court of the State of California, Orange County



DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A partially constructed 115 unit, four story residential condominium project with two levels of subterranean parking located in Irvine, California.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to preserve and protect the collateral pledged to the plaintiff.

SCOPE OF WORK:  DWC's receivership tasks included being responsibile for completing construction of portions of the building's life safety systems to correct code violations. DWC brought the building to sale-ready condition, engaged a broker and oversaw marketing efforts.

PROJECT RESOLUTION:  The property was sold through a receivership sale and the Receiver was discharged.



# Senate Square

COURT:  Superior Court of the District of Columbia, Washington, D.C.

 

DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A two building, 432 unit luxury apartment rental community in Washington, D.C., complete with a pool, fitness center, screening room, business center, club room with kitchen and bar and barbeque area.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to take possession, protect, preserve, secure and manage the property.

SCOPE OF WORK:  DWC engaged and managed the onsite property management company to lease the vacant units and ensure the property was well maintained. Additionally, DWC investigated a ground water intrusion issue in the basement parking garage, and accordingly filed an insurance claim and managed the repair.

PROJECT RESOLUTION:  The property was acquired and the Receiver was discharged.



# Vallco Fashion Park

COURT:  Superior Court of the State of California, Santa Clara County

 

DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A two level regional shopping mall in Cupertino, California, anchored by Sears, JC Penney and Macy's.

PROJECT DESCRIPTION:  Douglas Wilson charged Douglas Wilson Companies (DWC) with receivership and property management and redevelopment analysis of the Vallco Fashion Park.

SCOPE OF WORK:  As Receiver of the property, DWC prepared numerous property redevelopment scenarios and financial projections. As property manager for the mall, DWC supervised leasing activities and coordinated tenant improvement construction.

PROJECT RESOLUTION:  DWC assisted the owner of Vallco Fashion Park with the sale of the property to a local investor group.



# The Vue

COURT:  Superior Court of the State of California, Los Angeles County

 

DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  The Vue is a 318 unit, 15 story luxury condominium tower on the San Pedro waterfront. The largest waterfront development in Old Town San Pedro, the building has views of the harbor and upscale amenities like concierge service and a helicopter pad.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to maintain and protect the value of the property.

SCOPE OF WORK:  DWC was responsible for maintaining leasing operations for 294 units, investigating the possibility of continuing a sales program and representing the Declarant's interest in the Homeowners' Association (HOA). During the time of the Receiver's possession, a marketing program was instituted to increase the leasing program and maximize the property's income. Additionally, through the HOA Board, the Receiver assisted in the investigation of various outstanding property-related Letters of Credit.

PROJECT RESOLUTION:  Sold at Trustee sale.





Resumes

# Douglas P. Wilson

**Douglas Wilson Companies**

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
dwilson@douglaswilson.com

CHAIRMAN & CHIEF EXECUTIVE OFFICER

**Education:**

B.A., University of Denver

**Professional Affiliations:**

Urban Land Institute (ULI), Member UDMUC-Blue Council

National Association of Federal Equity Receivers (NAFER)

California Receivers Forum, past President

California Bankruptcy Forum, past Board Member and Treasurer

Commercial Real Estate Development Association (NAIOP)

International Council of Shopping Centers

Downtown San Diego Partnership

Lamba Alpha International

**Civic Affiliations:**

University Club Atop Symphony Towers, Chair, Board of Governors

San Diego Unified School District, Member, Facilities Review Panel for $1.51 billion school bond

Sidney Kimmel Cancer Center, Board of Directors

La Jolla Playhouse, past Board Member

San Diego County Metropolitan YMCA, past Board Member

**Douglas Wilson Companies**
Founder, Chairman and Chief Executive Officer

Mr. Douglas Wilson is chairman and chief executive officer of Douglas Wilson Companies (DWC). Mr. Wilson brings over 35 years of experience in workout, problem resolution, principal development, and real estate management to his Companies' clients. Since inception, the Company has grown to become the largest of its kind in the nation, providing workout and problem resolution, asset management, consulting, receivership, loan and asset sales, development, entitlement and construction management services.

DWC offers a full range of services, ranging from various bankruptcy and court-appointed fiduciary roles, to complete workout strategies for operating companies; as well as hotel, R&D, industrial, retail, office, recreational, agricultural, and residential properties.

- Court-appointed fiduciary for more than 1,200 matters in 35 states with assets valued in excess of $15 billion over the past 25 years by both state and federal courts.
- Appointed Receiver, Off-Panel Trustee, Special Master, Examiner, Liquidating Trustee, Plan Agent, and Assignee in over 35 U.S. states as well as in Mexico.
- Clients include state and federal courts, U.S. Securities and Exchange Commission (SEC), U.S. Trustee's Office, as well as numerous law firms, special servicers, and financial institutions, such as: Wells Fargo, Credit Suisse, JP Morgan, US Bank, Bank of America, HSBC, Comerica, and TIAA/CREF.

Another range of services the Company offers is development services which provide a full range of financing, planning, construction, and marketing. In addition to its own development projects, the Company provides construction, renovation, planning, and marketing services to a variety of diverse clients.

Mr. Wilson has a successful track record of developing award-winning urban projects. Notable projects include: The Mark, a $155 million, 33-story, mixed-use development located one block from the San Diego Padres' Petco Park; Parkloft, a $60 million poured-in-place concrete and brick building with 120 one- and two-story residential lofts located in downtown San Diego's East Village neighborhood; China Basin Landing, a 675,000 square-foot office complex on the San Francisco Bay waterfront, adjacent to the San Francisco Giants' Pacific Bell Park; Half Street, a 400,000 square-foot office building with ground floor retail, located in the Capitol Riverfront District of Washington, D.C.; and the NOAA Facility, a 268,762 square-foot office and research facility located adjacent to the University of Maryland.

Mr. Wilson's professional organization memberships include Urban Land Institute (UDMUC-Blue Council), the National Association of Federal Equity Receivers, the California Receivers Forum and California Bankruptcy Forum of which he has served as president and treasurer, respectively, the International Council of Shopping Centers, and Lambda Alpha land economics fraternity.

Serving clients throughout the United States

**Douglas Wilson Companies**

# Michele Vives

## PRESIDENT

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
mvives@douglaswilson.com

### Education:

B.S. in Accounting,
University of Phoenix

B.S in Industrial Psychology,
Illinois State University

### Affiliations:

Downtown San Diego
Partnership (DSDP) - Board
of Directors and Executive
Committee Member

Urban Land Institute (ULI) –
Member

San Diego Policy Forum (SPF)
Member

Circulate SD - Committee
Member

Lambda Alpha International
San Diego Chapter Past-
President & Member

National Association of Federal
Equity Receivers (NAFER),
Member

California Receivers Forum,
Member

In her role as President, Ms. Vives provides operational leadership, receivership matter support, asset management, real estate development and advisory services for Douglas Wilson Companies and its clients. Ms. Vives' clients look to her for confidential, strategic counsel and the advancement and preservation of complex, high value projects.

Ms. Vives has been directly involved in various real estate projects and receivership matters with a combined value of over $1 billion. She is known for her ability to identify short- and long-term project issues early in the process, provide strategic oversight and facilitate problem resolution. Her command of budgets, timelines, and stakeholder relationships extends across all market segments.

**SELECT RECEIVERSHIP PROJECTS**

**SEC v. Horwitz:** Los Angeles, CA.  A $690 million film industry ponzi scheme in the United States District Court, Central Distric of California. - the Districts largest ponzi matter to date   Ms. Vives is the appointed receiver on the Districts largest case to date.  Ms. Vives is the permanent receiver of 1inMMCapital LLC and its subsidiaries and affiliates, and over the Subject Assets, with full powers of an equity receiver, including, but not limited to, full power over all funds, assets, collateral, premises (whether owned, leased, occupied, or otherwise controlled), choses in action, books, records, papers and other property belonging to, being managed by or in the possession of or control of Defendant 1inMM and its subsidiaries and affiliates.  Among other responsibilities, Ms. Vives is tasked with maximizing asset recovery and facilitating a claims dispute process for the victim investors.

**Bedrosian v. Hadid:**  Bel Air, CA. A high-profile matter regarding a non-compliant structure built in the hills of Bel Air. The Court found that the property is a public nuisance and a danger to the public. In order to protect the community, the Court ordered the appointment of the Receiver to oversee the demolition of the structure on site at the Property, down to the foundation slab, as well as to stabilize and restore the hillside. Ms. Vives is responsible for the oversight and management of this matter on behalf of the Receiver, Douglas P. Wilson.

**LCC Warehouse 1 LLC v. Mulptile Entities:**  Laguna Beach, CA. The Superior Court of California, County of Orange ordered the appointment of Douglas P. Wilson as Receiver to take possession, custody and control of various properties held by eighteen entities, all with a common owner. Ms. Vives is responsible for orchestrating a cohesive approach for the preservation of the asset values, ensure continuity within the operations of the assets and oversight of the property management team.

**Douglas Wilson Companies**

19200 Von Karman Ave., Suite 416
Irvine, CA 92612
213-550-2242
rbaker@douglaswilson.com

# Ryan C. Baker

## VICE PRESIDENT

### Education:

B.S., Economics
New York University

M.B.A., University of Southern California

### Affiliations:

California Receivers Forum (CRF), Director

National Association of Federal Equity Receivers (NAFER), Member

California Bankruptcy Forum (CBF), Los Angeles County Chapter, Member

California Bankruptcy Forum (CBF), Orange County Chapter, Member

Participates in Receiver and Insolvency Education courses sponsored by the Forum and Loyola Law School

Mr. Baker has extensive receivership experience involving governmental agency and regulatory-related receiverships in both State and Federal courts. Over the past dozen years, Mr. Baker has been appointed on or served as lead agent on numerous receiverships — originating from agencies including the Securities and Exchange Commission, the Department of Justice, and multiple District Attorney's offices, among others.

Mr. Baker's most significant assignment was in the matter of Private Equity Management Group — a billion–dollar alleged Ponzi scheme exposed in Federal Court by the Securities and Exchange Commission that led to the appointment of a Federal Equity Receiver. Mr. Baker was tasked with tracing $1 billion worth of investment from nine investors over a 10–year period into 46 investment vehicles located in the British Virgin Islands. The overall investments included over 50 assets and 275 life insurance policies — with over a billion dollars in face value — and a cash flow requirement of $70 million per year to keep the premiums current. Most of the assets were jointly owned by multiple investors. This analysis provided the basis for the court-approved distribution plan to victims of the $336 million recovery.

Another regulatory example includes a medical equipment vendor that came under the scrutiny of the Orange County District Attorney. The company was accused of fraudulent billing practices overcharging insurance providers and Medicare. Mr. Baker oversaw the review of the invoicing practices of the business, determined errors in billing practices and protocols, and initiated changes to ensure future billings were performed in accordance with prescribed lawful guidelines.

Other regulatory receivership examples include:

- SEC vs. Private Equity Management Group – A $1B Ponzi scheme involving 8 large foreign banks investing in a private equity company. Following the Great Recession, the company turned to using new investor monies to pay off maturing debt.
- SEC vs. Home Paradise Investment Center, LLC – A $29.5M EB-5 immigration investment program fraught with allegations of fraud and misappropriation.
- SEC vs. Capital Cove Bancorp, LLC – A $17.3M Ponzi scheme involving investments in 37 residential "fix-and-flips" homes. With promises of 12-30% returns, investors were promised first-place deeds of trust. In reality, they were often in third or fourth place and typically behind hard-money lenders.
- People of the United States (DOJ) vs. Shipley et al. – An action brought by the Department of Justice relating to delinquent IRS taxes of $18.3M. Tasks involved maximizing the recovery from three residential mansions totaling 45,000 square feet, 50 paintings, 223 antiques and other valuable artifacts.
- SEC vs. Secured Capital Investments – A $14M Ponzi scheme involving real estate assets, tax liens, startup investments and loans to insiders.
- The People of the State of California (Orange County DA) vs. Campau et. al. – A medical equipment supplier accused of fraudulent billing practices that were, with the assistance of the receiver, brought back into compliance.
- The People of the State of California (Orange Couny DA) vs. Suleiman et al. – A mortgage refinance fraud that involved liquidating assets and distributing $500K to harmed victims.

Prior to joining DWC, Mr. Baker was a Receiver for ten years at Mosier & Company, Inc.

**Douglas Wilson Companies**

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
lgoodridge@douglaswilson.com

# Lynn M. Goodridge

CERTIFIED PUBLIC ACCOUNTANT

### Education:

B.A. in Sociology,
U.C. Irvine

M.B.A. in Accounting,
San Diego State University

### Affiliations:

Certified Public Accountant

American Institute of Certified
Public Accountants

Mrs. Goodridge is responsible for directing the Company's overall financial policies and functions including accounting, credit, insurance, tax and treasury. She directs financial strategy, planning and forecasts, as well as designs and coordinates a wide variety of accounting and statistical data and reports.

Mrs. Goodridge has a diversified accounting background with an emphasis on tax, operating companies and real estate. In regard to real estate, she manages the financial reporting, strategic planning, financing, asset disposition, and contracts administration and compliance processes relative to all company projects. This includes preparing, reviewing and approving financial pro-formas, preparing underwriting packages, negotiating construction and other financing, and identifying the optimal disposition strategy to maximize project and investor returns.

Prior to joining DWC, Mrs. Goodridge spent time at Kenneth Leventhal/Ernst & Young, RPR Partners, Gatto, Pope & Walwick, LLP and had her own accounting, tax and consulting practice for over ten years.

Douglas Wilson Companies

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
rweidman@douglaswilson.com

# Rene Weidman

## CONTROLLER

**Education:**

B.S. in Business Administration
and Accounting

Indiana University

**Affiliations:**

Certified Public Accountant
(Florida)

Certified Valuation Analyst

Master Analyst in Financial
Forensics

Certified Anti-Money
Laundering Specialist

Ms. Rene Weidman leads the Company's multi-channel accounting functions including forecasting, planning and reporting. As Controller, Ms. Weidman provides accounting expertise to the Company's transactions, development and all other operating activities.

Ms. Weidman also works on the Company's various projects within development, advisory and receivership roles. She has extensive experience as a Certified Public Accountant with an emphasis in forensic accounting, spanning businesses and industries of all kinds. She manages financial reporting, planning, integration and tax management for all company projects, applying problem-solving, investigative and analytical expertise.

Throughout her career, Ms. Weidman has served as a proven accounting leader. As a forensic accountant, she has testified as an expert witness in dozens of cases. Her multifaceted industry experience spans corporate controller and CPA roles including work for a cannabis manufacturing and distribution company, as a partner in a forensic accounting firm, and as a manager for a consulting firm providing outsourced CFO services, based in Tampa, Florida.

Serving clients throughout the United States



Clients

# Clients

Douglas Wilson Companies' clients include trusts, banks, savings and loan institutions, corporations, partnerships, insurance companies, pension funds, law firms, and individual property owners.

| | | | | | |
|---|---|---|---|---|---|
| 1st Gilbraltar Realty | Allen Matkins | Allstate | ALSTON + BIRD LLP | AMRESCO | American Savings, FSB |
| AMSTAR | ARCHON GROUP | ANGLO IRISH BANK | ARNSTEIN & LEHR LLP | BAKER & McKENZIE | Ballard Spahr |
| BANC ONE | Bank of America | BANK OF THE WEST | Bankers Trust You've earned it. | BARCLAYS | BERKADIA Commercial Mortgage |
| Berkeley Federal Trust | BROWNRUDNICK | BRYAN CAVE LEIGHTON PAISNER | CAL FED | CALIFORNIA BANK & TRUST | CANTOR Fitzgerald |
| CapitalSource | CAPITALTRUST | CAPMARK | CATHAY BANK | CENTRAL PACIFIC BANK | CHEMICAL BANK |
| Chinatrust | CHRYSLER FIRST | CHI CAPITAL PARTNERS | CITI | CITY NATIONAL BANK | Coast Federal Bank |



# Clients

| | | | | | |
|---|---|---|---|---|---|
| Comerica | COPLEY ADVISORS STRATEGIC REAL ESTATE SERVICES | CORNERSTONE ADVISORS, INC. WHERE STRATEGY MEETS EXECUTION | CORUS BANK | COUGHLAN, SEMMER & LIPMAN LLP | CREDIT SUISSE |
| CW Capital | DEWEY & LEBOEUF | DEPARTMENT OF JUSTICE | DLA PIPER | Duane Morris | EAST WEST BANK |
| Eastrich Multiple Investors Fund | EURO HYPO | FARM CREDIT | FDIC | FIRST CAPITAL LIFE | First Fidelity Bank |
| First National Bank | FORTRESS | FREMONT INVESTMENT & LOAN | GE Real Estate | GLENDALE FEDERAL | GMAC |
| Goldman Sachs | GRAMERCY CAPITAL CORP. | Great-West LIFE & ANNUITY INSURANCE COMPANY | GT GreenbergTraurig | GUARDIAN | H/2 CAPITAL PARTNERS |
| HellerEhrman LLP | HFM HIGGS FLETCHER & MACK UNIVERSAL EXPERTISE. LOCAL FOCUS. | HIGHLAND CAPITAL PARTNERS | HOME FEDERAL BANK | HSBC | HSH NORDBANK |
| Hudson ADVISORS | imb IndymacBank | STAR FINANCIAL | JER PARTNERS | JPMorganChase | KAYE SCHOLER LLP |



# Clients

| | | | | | |
|---|---|---|---|---|---|
| KeyBank | K&L GATES | LaSalle Bank ABN AMRO | LEHMAN BROTHERS | LLOYDS BANK CORPORATE MARKETS | LNR Partners, LLC |
| LOEB & LOEB LLP | LONE STAR FUNDS | LUCE FORWARD | manatt | Manulife Financial | MassMutual FINANCIAL GROUP |
| MAYER•BROWN | McKenna Long & Aldridge LLP Building on the Luce Forward Legacy | mesa west CAPITAL | MIDLAND LOAN SERVICES / PNC REAL ESTATE | MINTZ LEVIN Mintz Levin Cohn Ferris Glovsky and Popeo PC | MORRISON FOERSTER |
| New West Federal Savings | NIXON PEABODY LLP ATTORNEYS AT LAW | North American Security Life | OAKTREE CAPITAL MANAGEMENT, LLC | OLYMPUS | ORIX |
| PACIFIC LIFE | Perkins Coie Legal Counsel to Great Companies® | Pircher, Nichols & Meeks The Real Estate Law Firm | pillsbury | PNL | PNC Realty Holding Corp |
| Polsinelli Shughart PC | Procopio | Proskauer >> | PROVIDENT LIFE INSURANCE SERVICES | repwest INSURANCE COMPANY | RESOLUTION TRUST CORPORATION |
| SABAL FINANCIAL | SECURITIES AND EXCHANGE COMMISSION | SELTZER|CAPLAN|McMAHON|VITEK A LAW CORPORATION | Shea Properties | SheppardMullin | SHUTTS & BOWEN LLP |



# Clients







Douglas Wilson Companies