Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 5

DWC Real Estate Receiverships Brochure

Loftus & Eisenberg, Ltd.
181 W. Madison St., Suite 4700, Chicago, IL 60602



Douglas Wilson Companies

# Corporate Overview

Douglas Wilson Companies (DWC) was founded in 1989 to provide a wide range of problem resolution and real estate services. Our professional team has earned a unique track record of success with our diverse client base, which includes: financial institutions, law firms, investors, state and federal courts, and property owners located throughout the country. With a seasoned team of business, real estate and financial services professionals, DWC offers a level of specialized services not found elsewhere.

With offices in Las Vegas, Los Angeles/Orange County, Phoenix, San Diego, San Francisco and Washington, D.C., DWC is the largest business services entity of its kind. Focusing on our commitment to and relationships with our clients, we provide workout and problem resolution, crisis/force majeure response, asset management, consulting, forensic accounting, business planning, brokerage, receivership, development, entitlement, and construction management services. To date, we have provided problem resolution services for more than 1,200 matters involving assets valued in excess of $15 billion.



Whether your needs require assistance with solving a complicated problem, leveraging the value of a project, or developing a new project, we'd like to help you orchestrate and implement a plan for success.



Serving clients throughout the United States



# Problem Resolution & Fiduciary Services

Douglas Wilson Companies' (DWC) unmatched experience and integrity as a court-appointed fiduciary over the past 31 years enables DWC to efficiently handle complex assignments anywhere in the United States. Whether appointed as a special master, receiver, trustee, performing forensic accounting tasks, or in any other fiduciary capacity, we utilize a team approach which draws on the experience of all our professionals. This strategy allows our team members to move where their talents can best be used and gives Douglas Wilson Companies the flexibility it needs to adapt to new challenges while operating within the unique legal framework required as a court-appointed fiduciary.



Receiverships

Special Master

Liquidating Agent/Liquidating Trustee

Forensic Accounting

Assignment for the Benefit of Creditors

Bankruptcy Trustee

Bankruptcy Examiner

Outside Creditors Committee Advisor

Chief Restructuring Officer

SEC Ponzi Schemes

U.S. Attorney Investigations

Fraud Investigations

Operating Businesses/Equity Receiverships

Mediation

Expert Witness

Expert Reports

Court-Supervised Asset Sales

Litigation Support

Provisional Director

Turnaround Management/Repositioning



# Real Estate and Construction Services

As a full-service management and brokerage firm, Douglas Wilson Companies (DWC) specialists leverage the value of our clients' real estate assets. Our development professionals provide the full spectrum of financing, planning, construction, and marketing services for a wide range of residential and commercial projects. In addition to its own development projects—which include Parkloft condominiums valued at $60 million, The Mark condominiums valued at $155 million, Rio Salado & Mill valued at $220 million, and the Symphony Towers mixed-use office and hotel valued at $165 million—DWC provides construction, renovation, planning, and marketing services to a variety of diverse clients.



Construction Management

Development Strategies

Market Feasibility Analysis

Financial Modeling

Due Diligence

Alternative Use/Market Analysis

Property Entitlements

Lease Reviews & Negotiations

Contract Negotiations

Asset & Property Management

Hospitality Asset Management

Golf Course/Recreation Management

Healthcare Facility Management

Marketing Planning & Implementation

Fee Development

Project Repositioning

Build-to-Suits

Seismic Retrofit & Repair



# Brokerage Services

The Douglas Wilson Companies' (DWC) real estate brokerage division is an industry leader in the disposition of unique and distressed assets in both judicial and non-judicial contexts. The DWC brokerage team is uniquely qualified due to its depth of experience in managing complex disposition marketing plans with immediate "in-house" access to legal counsel, forensic accounting, construction and development specialists, financial analysts, asset managers, property managers, and bankers. Each assignment is created specific to the needs of the client and asset with the goal of an on-time closing at the agreed upon price and terms to maximize recovery of capital.



Asset Dispositions

Acquisitions

Portfolio Sales

Note Sales

Receiver Sales

Real Estate Owned

Asset Valuations

Opinions of Value

Bankruptcy Court Asset Sales

Lease Reviews & Negotiation

Complex Distressed Dispositions

Partially Completed Project Sales

Specialized Asset Classes

    Hotels

    Mining Properties

    Medical Facilities

    Convenience & Gas

    Self Storage

    Land





Projects

# Laurel Way

**COURT:**  Superior Court of the State of California, Los Angeles County

 

**DESIGNATION:**  Ryan C. Baker, Receiver

**PROPERTY DESCRIPTION:**  Two partially built, luxury residential mansions located in Beverly Hills, California.

**PROJECT DESCRIPTION:**  With $30 million already having been invested into the properties, the Receiver was appointed to maximize their recovery.

**SCOPE OF WORK:**  The DWC team was able to remobilize contractors on the properties after being stalled for 8 months, renew a sophisticated owner-controlled insurance program, and preserve valuable permits on the precipice of expiring. During the process, the properties were also listed to be sold via a Receivership sales to maximize the recovery to the estate.

**PROJECT RESOLUTION:**  DWC completed construction of both properties and is currently under contract with a buyer. A petition to the Court to approve the sale has been filed and is pending a hearing.



# 901 Strada Vecchia

**COURT:**  Superior Court of the State of California, Los Angeles County

 

**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  High-profile project consisting of a large 30,000 square foot, partially constructed, luxury residential home development located on a steep, wooded slope in the affluent neighborhood of Bel-Air, California.

**PROJECT DESCRIPTION:**  As agent for receiver, DWC was tasked with developing a demolition plan to surgically bring the building down to its slab and to restore the hillside to stable condition.

**SCOPE OF WORK:**  The Douglas Wilson Companies team has worked closely with the City of Los Angeles to ensure the project meets the City's code and permitting requirements, hillside restoration parameters and specific compliance of all environmental conditions. DWC also worked closely with the Bel-Air residents to ensure proper and sensitive construction and demolition methodologies are used and that the site is safely secured. DWC engaged one of the top brokerage firms in the area to market and sell the property with court oversight and approval.

**PROJECT RESOLUTION:**  Ongoing project.



# 410 Evelyn Place

COURT: Superior Court of the State of California, Los Angeles County



**DESIGNATION:** Ryan C. Baker, Receiver

**PROPERTY DESCRIPTION:** A 6,900 square foot luxury mansion in the heart of Trousdale Estates, Beverly Hills, California.

**PROJECT DESCRIPTION:** Douglas Wilson Companies (DWC), agent for Receiver, was tasked with marketing and selling a residential mansion with court oversight and approval. The property had undergone significant remodeling and reconstruction as part of a fix-and-flip investment scheme that became entangled with accusations of fraud.

**SCOPE OF WORK:** DWC addressed remaining construction issues that lingered and required completion before marketing the property. The Receiver obtained four Broker's Opinion of Value ("BOV") to determine the best price to list the property and partnered with local luxury residential brokers to ensure the marketing required of a luxury mansion was achieved.

**PROJECT RESOLUTION:** Despite the Defendant's determined efforts to halt the sale (including filing for bankruptcy during the sale confirmation process), the Receiver successfully sold the property on the upper end of the BOVs. The sale proceeds were delivered to and held in the Receiver's blocked escrow account pending further order from the Court.



# Barn Lofts

**COURT:**  Superior Court of the State of California, Los Angeles County

 

**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  A partially finished work-live condominium complex with 38 units located in the Los Angeles Art District.  Originally built as a warehouse for the Spreckels Brothers Sugar Company, this 57,703 square foot building was redesigned as a three story complex, with parking on the first story and loft-style townhomes on the remaining two.

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC), agent for Receiver, was charged with managing the property and completing construction.

**SCOPE OF WORK:**  DWC's responsibilities included negotiating all mechanics' liens, extending the vesting tentative map, obtaining a building permit extension, advising on mold, HOA, and easement issues, compiling a cost-to-complete construction budget and bringing the building to sale-ready condition. Once the scope and cost to complete construction was presented to the parties, it was determined that construction would not proceed. From there DWC worked to maintain the accounts necessary to protect the property, such as security, utilities and insurance.

**PROJECT RESOLUTION:**  The property was sold and the Receiver was successfully discharged.



# Fedora

COURT:  Superior Court of the State of California, Los Angeles County



DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A partially constructed 38 unit condominium project that consisted of one (1) six story podium style building over a two level subterranean parking garage located in Los Angeles, California.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to preserve, protect and eventually complete the construction of the collateral.

SCOPE OF WORK:  During the term of the approximately two year receivership, DWC negotiated all mechanics' liens on title; settled various pre-receivership claims with preferred subcontractors necessary for the successful completion of the building; engaged an architect and structural engineer to make required changes to rectify deficiencies found in the construction drawings; identified and oversaw a successful mold remediation program; completed public improvements surrounding the property; secured release of the associated surety bonds; and obtained a certificate of occupancy upon completion of the building and its 38 units.

PROJECT RESOLUTION:  An entity affiliated with the Plaintiff took title to the property at the trustee's sale, and DWC facilitated transfer of the property to the new owner.

# Dupont Lofts

COURT:  Superior Court of the State of California, Orange County



DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A partially constructed 115 unit, four story residential condominium project with two levels of subterranean parking located in Irvine, California.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to preserve and protect the collateral pledged to the plaintiff.

SCOPE OF WORK:  DWC's receivership tasks included being responsibile for completing construction of portions of the building's life safety systems to correct code violations. DWC brought the building to sale-ready condition, engaged a broker and oversaw marketing efforts.

PROJECT RESOLUTION:  The property was sold through a receivership sale and the Receiver was discharged.



# SoCal Housing Partners, LLC dba Diamond Crest Homes

**COURT:** Superior Court of the State of California, Los Angeles County

 

**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  A residential project with 300 single family homes with twelve floor plans ranging in size from 1,257 to 3,305 square feet.

**PROJECT DESCRIPTION:**  Due to a partnership dispute, Douglas Wilson Companies (DWC), agent for the Receiver, was charged with the development, sale and oversight of operations of this residential project, which was involved in a partnership dispute.

**SCOPE OF WORK:**  DWC prepared and fully implemented a business plan which included the construction, marketing, and sales of over 300 single family homes.

**PROJECT RESOLUTION:**  The homes were constructed and the entire development was sold over an approximately 18 month period, generating over $64 million in revenue.



# Levitt & Sons Portfolio

COURT:  Circuit Court of the Nineteenth Judicial Circuit & Circuit Court of the Twentieth Judicial Circuit, Florida



DESIGNATION: Douglas P. Wilson, Receiver
Douglas Wilson Companies, Consultant

PROPERTY DESCRIPTION: A portfolio of three residential properties, Seasons at Tradition, Cascades at Southern Hill and The Townhomes of San Simeon with a combined total of 2,350 lots/units on over 646 acres. The subdivisions were in all stages of development, from 19 sold townhomes to over 720 single family home lots and undeveloped land.

PROJECT DESCRIPTION: Douglas Wilson Companies (DWC), agent for Receiver, was engaged to maintain and preserve the assets of the receivership estate including ongoing construction, entitlements and the affairs of the Homeowners' Association (HOA).

SCOPE OF WORK: DWC engaged third party contractors and consultants to assist with the management and protection of the property, access the costs necessary to complete the unfinished construction, understand the property's operational obligations and help preserve the property's entitlements. Operational and marketing budgets were prepared to outline the costs to operate and sell the property. DWC compiled all the necessary due diligence information and was retained by KeyBank to represent the bank in the sale of the property. Additionally, DWC governed the developer-controlled HOA ensuring that the association was in compliance with all state and regulatory laws.

PROJECT RESOLUTION: DWC successfully sold all properties.



# McCar Homes

**REGION:** Southeast United States

 

**DESIGNATION:** Douglas Wilson Companies (DWC), Consultant

**PROPERTY DESCRIPTION:** A southeast regional homebuilder with a portfolio of approximately 30+ subdivisions located in Florida, Georgia, North Carolina and South Carolina, consisting of approximately 100 completed or partially constructed homes and over 800 remaining lots.

**PROJECT DESCRIPTION:** DWC was tasked to take possession and control of all real and personal property associated with the development.

**SCOPE OF WORK:** DWC was engaged as consultant to McCar Homes pursuant to a Forbearance Agreement executed between McCar Homes and the agent lender. DWC's responsibilities included overseeing cash controls, performing financial and accounting functions, negotiating outstanding past due payables including mechanics' liens, monitoring the remaining construction of partially completed home and overseeing the disposition of completed homes and remaining lots.

**PROJECT RESOLUTION:** Following foreclosure by the lender, DWC was discharged.



# Villa La Michele

COURT:  Superior Court of the State of California, Glenn County



DESIGNATION:  Douglas Wilson Companies, Receiver

PROPERTY DESCRIPTION:  A residential development located in Orland, California, consisting of four single family model homes, 10 single family production homes, and 39 improved lots. The development originally contained 151 homesites. Fifty-two single family homes were built by the defendant and transferred to homeowners prior to the Receiver's appointment. Fifty improved lots were also sold and transferred to a third party prior to the Receiver's appointment.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to take possession of, secure, and manage the property, including preserving entitlements.

SCOPE OF WORK:  DWC secured and maintained the property for a period of almost two years, facilitated the closing of one home that was in escrow at the time of the Receiver's appointment, performed site clean-up, weed abatement, landscape maintenance and erosion control. Various repairs were made to the homes over the course of the receivership for damage caused by vandalism and weather. At the plaintiff's request, DWC prepared several disposition plans over the course of the receivership to convert the models for residential occupancy, prepare the homes for sale, and sell the homes and the lots.

PROJECT RESOLUTION:  DWC facilitated transition of the property to the new owner.



# The Townhomes at San Simeon

**COURT:** Circuit Court of the Twentieth Judicial Circuit of the State of Florida



**DESIGNATION:** Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:** A 219 unit planned townhome subdivision. Located on 33 plus acres, the project included 19 buildings consisting of 131 townhome units, a resident clubhouse and pool, and 15 finished building lots which allowed for an additional 88 townhome units to be built.

**PROJECT DESCRIPTION:** Douglas Wilson Companies (DWC), agent for Receiver, was tasked to protect, preserve, and manage the real property including the project's ongoing construction, entitlements, and the Homeowners' Association (HOA).

**SCOPE OF WORK:** DWC engaged third party contractors and consultants to assist with the management and protection of the property, access the costs necessary to complete the unfinished construction, understand the property's operational obligations, and help preserve the property's entitlements. Operational and marketing budgets were prepared to outline the costs to operate and sell the property. Additionally, DWC compiled the necessary due diligence information for the marketing and sale of the property. DWC governed the developer-controlled HOA Board ensuring that the association was in compliance with all state and regulatory laws.

**PROJECT RESOLUTION:** The property was sold and the Receiver discharged.



# Summerville Homes

**COURT:**  Court of Common Pleas for the Ninth Judicial Circuit, Charleston County, South Carolina




**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  91 single family homes, townhomes and developed lots within nine subdivisions in five different counties in and around Charleston, South Carolina.

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to secure, manage, and maintain the homes and lots.  In addition, the company was asked to complete the unfinished houses as well as to market and sell the houses and lots.

**SCOPE OF WORK:**  DWC managed the general upkeep of the properties, secured and controlled access to the finished houses, and addressed environmental issues such as erosion control and water intrusion. The company reconciled all outstanding liabilities associated with the properties such as property taxes and association regime fees.  DWC worked with various buyers and real estate brokers to create interest in the properties, and to ultimately sell them.

**PROJECT RESOLUTION:**  The Receiver was discharged.



# Riverwalk Vista

**COURT:**  Superior Court of the State of California, Riverside



**DESIGNATION:**  Douglas P. Wilson, Receiver

**PROPERTY DESCRIPTION:**  A master planned gated community in the City of Riverside approved for 402 homes. There were 28 partially completed homes, 110 finished lots and 217 unfinished lots under the receivership.

**PROJECT DESCRIPTION:**  Douglas Wilson Companies (DWC) was tasked to take possession, custody and control of significant components of this subdivision.

**SCOPE OF WORK:**  DWC receivership tasks included handling two separate receiverships for Village 1, Village 3 and approximately 300 acres of unimproved land. DWC maintained the models, production homes, the common area landscaping and the entry monument fountain, and was responsible for all dealings with the City of Riverside regarding code and SWPPP compliance and permit extensions. The Receiver also performed weed abatement, installed and maintained erosion control materials, provided security, and handled all HOA issues.

**PROJECT RESOLUTION:**  The Receiver was discharged.



# Half Street

COURT:  Superior Court for the District of Columbia, Washington, D.C.

 

DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A partially constructed 400,000 square foot office building with three levels of sub-grade parking and ground floor retail. The building is located in the Capitol Riverfront District of Washington, D.C., two blocks from the Washington Nationals' new ballpark and near the U.S. Capitol. The building is LEED Gold Certified.

PROJECT DESCRIPTION:  Douglas Wilson Comopanies (DWC), agent for Receiver, was tasked to preserve, protect and eventually complete the construction of the collateral including the settlement of all mechanics' liens and claims.

SCOPE OF WORK:  DWC was responsible for coordinating continued development and construction activities for the property while negotiating the settlement of numerous mechanics' lien claims in an effort to prepare the property for takeout financing by another financial institution.

PROJECT RESOLUTION:  DWC completed the construction of the property on schedule and assisted the lender with the successful delivery of the property and its books and records to the financial institution providing takeout financing.



# Opus East NOAA Facility

COURT:  Circuit Court for Prince George's County, Seventh Judicial Circuit Court, Maryland



DESIGNATION:  Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:  A partially constructed 268,762 square foot office and research facility adjacent to the University of Maryland.  Built to be the new home for the National Oceanic and Atmospheric Administration, this building met LEED Silver certifications, Level Four (ISC/FPS) security criteria and has amenities such as a delicatessen, fitness room, parking for 700 vehicles, a green roof and shuttles to the nearby College Park Metro Station.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC), agent for Receiver, was tasked to preserve, protect and eventually complete the construction of the collateral.

SCOPE OF WORK:  DWC was responsible for coordinating continued development and construction activities for the property while negotiating the settlement of the existing GSA lease dispute and numerous mechanics' lien claims.

PROJECT RESOLUTION:  DWC settled the GSA lease dispute and the funding requirements for the completion of the property. During the construction process, DWC orchestrated the sale of the property to an investor of GSA- leased properties, which required the approval of the ground lessor (University of Maryland).

# Stanford Regency

COURT:  Superior Court of the State of California, Los Angeles County



DESIGNATION:   Douglas P. Wilson, Receiver

PROPERTY DESCRIPTION:   A partially constructed, 183,310 square foot commercial condominium complex supplemented by a 162,000 square foot subterranean parking garage. Located in the Fashion District of Los Angeles, the property is planned for 131 units with a management office on the fourth floor.

PROJECT DESCRIPTION:   Douglas Wilson Companies (DWC), agent for Receiver, was charged to preserve and protect the property.

SCOPE OF WORK:   DWC's responsibilities included securing the property, identifying and recommending site stabilization easures for life safety concerns, researching the status of entitlements and steps necessary for their preservation and preparing recommendations for disposition of the asset.

PROJECT RESOLUTION:   DWC executed the tasks as allotted and the Receiver was successfully discharged.



# China Basin Landing

**REGION:**  San Fransisco, California



| | |
|---|---|
| **DESIGNATION:** | Douglas P. Wilson, Consultant |
| **PROPERTY DESCRIPTION:** | A 675,000 square foot office complex on the San Francisco Bay waterfront, adjacent to Pacific Bell Park, home of the San Francisco Giants. |
| **PROJECT DESCRIPTION:** | Douglas Wilson Companies (DWC) was retained under a development services agreement to oversee all aspects of repositioning China Basin Landing. |
| **SCOPE OF WORK:** | DWC coordinated the new planning effort while resolving numerous existing entitlement, construction and seismic retrofit issues. DWC also oversaw the onsite management team. |
| **PROJECT RESOLUTION:** | DWC was successful in leasing the property from 70% to 91% occupancy in only 18 months before selling the project for $85 million. |



# Symphony Towers

**REGION:** San Diego, California

 

**DESIGNATION:** Douglas P. Wilson, Developer

**PROPERTY DESCRIPTION:** A 1.2 million square foot, two tower hotel and office complex that includes a 34 story office building with 530,000 square feet of rentable space, a 264 room Sheraton Hotel, a five level parking structure and the 2,255 seat Copley Symphony Hall. The project was built for $165 million in 1989 and is the largest private mixed-used project in downtown San Diego, California.

**PROJECT DESCRIPTION:** Douglas P. Wilson oversaw the Symphony Towers project from conception and development to handling the sale to a British pension fund.

**SCOPE OF WORK:** In overseeing development of the project from conception to final sale, Douglas Wilson coordinated entitlements, projected necessary financing, conducted lease negotiations, coordinated design and supervised site construction.

**PROJECT RESOLUTION:** Symphony Towers was completed and continues to be a premier hotel and office complex in downtown San Diego.



# The Mark

REGION:  San Diego, California




DESIGNATION:  Douglas P. Wilson, Developer/Principal

PROPERTY DESCRIPTION:  A $155 million mixed-use development located one block from the San Diego Padres' Petco Park. The project includes a 33 story tower with 233 condominium units and 11 townhomes, ground floor retail space and approximately 450 subterranean parking spaces. Amenities include a fitness center, swimming pool, spa and landscaped open space areas.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC) managed all aspects of development for The Mark.

SCOPE OF WORK:  DWC managed all aspects of the development process including land acquisition, entitlements, design coordination, project financing, construction management, sales and marketing.

PROJECT RESOLUTION:  The Mark was completed as budgeted and is widely considered one of downtown San Diego's most upscale developments.



# ParkLoft

REGION:  San Diego, California

 

DESIGNATION:  Douglas P. Wilson, Developer/Principal

PROPERTY DESCRIPTION:  A $60 million poured-in-place concrete and brick building with 120 one and two story residential lofts, ranging from 930 to over 3,000 square feet located in downtown San Diego's East Village district, one block north of Petco Park. The units have many upscale features.  Three levels of subterranean and surface parking accommodate approximately 200 cars.

PROJECT DESCRIPTION:  Douglas Wilson Companies (DWC) was the managing partner of the development entity.

SCOPE OF WORK:  DWC negotiated the purchase of several parcels for the project site, developed the project concept and plans, coordinated land use and project approvals, secured equity and construction financing, supervised construction, marketed and sold out the entire project.

PROJECT RESOLUTION:  The building was a financial success, completed on time, under budget and with strong absorption. ParkLoft is commonly regarded as the highest quality residential project in downtown San Diego and has received eight different industry awards including the Downtown San Diego Partnership's Alonzo Award for Best Residential Development.





Resumes

# Douglas P. Wilson

**Douglas Wilson Companies**

CHAIRMAN & CHIEF EXECUTIVE OFFICER

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
dwilson@douglaswilson.com

### Education:

B.A., University of Denver

### Professional Affiliations:

Urban Land Institute (ULI),
Member UDMUC-Blue Council

National Association of Federal
Equity Receivers (NAFER)

California Receivers Forum, past
President

California Bankruptcy Forum,
past Board Member and Treasurer

Commercial Real Estate
Development Association
(NAIOP)

International Council of Shopping
Centers

Downtown San Diego Partnership

Lamba Alpha International

### Civic Affiliations:

University Club Atop Symphony
Towers, Chair, Board of
Governors

San Diego Unified School District,
Member, Facilities Review Panel
for $1.51 billion school bond

Sidney Kimmel Cancer Center,
Board of Directors

La Jolla Playhouse, past Board
Member

San Diego County Metropolitan
YMCA, past Board Member

**Douglas Wilson Companies**
Founder, Chairman and Chief Executive Officer

Mr. Douglas Wilson is chairman and chief executive officer of Douglas Wilson Companies (DWC).  Mr. Wilson brings over 35 years of experience in workout, problem resolution, principal development, and real estate management to his Companies' clients. Since inception, the Company has grown to become the largest of its kind in the nation, providing workout and problem resolution, asset management, consulting, receivership, loan and asset sales, development, entitlement and construction management services.

DWC offers a full range of services, ranging from various bankruptcy and court-appointed fiduciary roles, to complete workout strategies for operating companies; as well as hotel, R&D, industrial, retail, office, recreational, agricultural, and residential properties.

- Court-appointed fiduciary for more than 1,200 matters in 35 states with assets valued in excess of $15 billion over the past 25 years by both state and federal courts.
- Appointed Receiver, Off-Panel Trustee, Special Master, Examiner, Liquidating Trustee, Plan Agent, and Assignee in over 35 U.S. states as well as in Mexico.
- Clients include state and federal courts, U.S. Securities and Exchange Commission (SEC), U.S. Trustee's Office, as well as numerous law firms, special servicers, and financial institutions, such as: Wells Fargo, Credit Suisse, JP Morgan, US Bank, Bank of America, HSBC, Comerica, and TIAA/CREF.

Another range of services the Company offers is development services which provide a full range of financing, planning, construction, and marketing. In addition to its own development projects, the Company provides construction, renovation, planning, and marketing services to a variety of diverse clients.

Mr. Wilson has a successful track record of developing award-winning urban projects. Notable projects include: The Mark, a $155 million, 33-story, mixed-use development located one block from the San Diego Padres' Petco Park; Parkloft, a $60 million poured-in-place concrete and brick building with 120 one- and two-story residential lofts located in downtown San Diego's East Village neighborhood; China Basin Landing, a 675,000 square-foot office complex on the San Francisco Bay waterfront, adjacent to the San Francisco Giants' Pacific Bell Park; Half Street, a 400,000 square-foot office building with ground floor retail, located in the Capitol Riverfront District of Washington, D.C.; and the NOAA Facility, a 268,762 square-foot office and research facility located adjacent to the University of Maryland.

Mr. Wilson's professional organization memberships include Urban Land Institute (UDMUC-Blue Council), the National Association of Federal Equity Receivers, the California Receivers Forum and California Bankruptcy Forum of which he has served as president and treasurer, respectively, the International Council of Shopping Centers, and Lambda Alpha land economics fraternity.

Serving clients throughout the United States

**Douglas Wilson Companies**

# Ryan C. Baker

### SENIOR MANAGING DIRECTOR

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
rbaker@douglaswilson.com

### Education:

B.S., Economics
New York University

M.B.A., University of Southern California

### Affiliations:

California Receivers Forum (CRF), Director

National Association of Federal Equity Receivers (NAFER), Member

California Bankruptcy Forum (CBF), Los Angeles County Chapter, Member

California Bankruptcy Forum (CBF), Orange County Chapter, Member

Participates in Receiver and Insolvency Education courses sponsored by the Forum and Loyola Law School

Mr. Baker has extensive receivership experience involving a broad range of operating companies in crisis circumstances. Over the past decade, he has tackled complex cases involving small and large operating companies alike, with each facing their own unique challenges.

Mr. Baker has been appointed on or served as lead agent on 100+ Receiver, Provisional Director, Trustee, Partition Referee matters and regulatory receivership assignments originating from traditional banks, private equity funds, the Securities and Exchange Commission, Department of Justice, among many others.

These appointments have included managing operations and providing financial oversight for companies and properties with gross revenue ranging from $700,000 to $70 million. Mr. Baker has deployed his skills in strategic planning, management, financial analysis, and forensic accounting to achieve success in turnarounds, asset redirections, or corporate dissolutions.

To note just a few examples of Mr. Baker's extensive experience with operating companies, Mr. Baker recently headed up the dissolution of the second largest hospitality furniture manufacture in the nation. This included winding down significant operations in two states, auctioning specialized manufacturing equipment and disbursing the proceeds to secured creditors. Further examples include a large construction company in default with its lender that, in order to achieve the maximum recovery for its creditors, the company was sold in two parts: a portion of the equipment was sold to a competitor while the rest of the company, along with all the work-in-progress projects, was sold to a separate buyer. In some cases, Mr. Baker has also provided the more straightforward need of general oversight and implementation of financial controls to ensure the business is operating in compliance.

Additional experience includes overseeing the operations and finances of a restaurant and nightclub generating gross revenues of $15M, liquidating a $70M international chemical company, overseeing the financials of a fast food restaurant chain and managing the financial affairs of companies that are the subject of a dispute or insolvency — just to name a few.

Prior to joining Douglas Wilson Companies, Mr. Baker was a Receiver for ten years at Mosier & Company, Inc.

**PROJECT HIGHLIGHTS:**

Mr. Baker's most significant assignment was in the matter of Private Equity Management Group – a billion-dollar alleged Ponzi scheme exposed in Federal Court by the Securities and Exchange Commission that led to the appointment of a Federal Equity Receiver. Mr. Baker was tasked with tracing $1 billion worth of investment from nine investors over a 10-year period into 46 investment vehicles located in the British Virgin Islands. The overall investments included over 50 assets and 275 life insurance policies (with over a billion dollars in face value) and a cash flow requirement of $70 million per year to keep the premiums current. Most of the assets were jointly owned by multiple investors. This analysis provided the basis for the court-approved distribution plan to victims of the $336 million recovery.

# Michele Vives

**Douglas Wilson Companies**

1620 Fifth Avenue, Suite 400
San Diego, CA 92101
619-641-1141
mvives@douglaswilson.com

## VICE PRESIDENT

### Education:

B.S in Industrial Psychology, Illinois State University

B.S. in Accounting, University of Phoenix

### Affiliations:

Downtown San Diego Partnership (DSDP) - Board of Directors; Co-Chair of the Public Policy Committee (past)

Urban Land Institute (ULI) – Member

San Diego Policy Forum (SPF) Member

Circulate SD - Committee Member

Lambda Alpha International San Diego Chapter President

In her role as Vice President, Ms. Vives provides real estate development and advisory services for Douglas Wilson Companies and its clients. For DWC's new Senior Living division, she is responsible for development, procurement, and project management of a portfolio expected to reach 10 properties in the Western states. Her Advisory Services clients look to her for confidential, strategic counsel and the advancement of complex, high value projects.

In her career, Ms. Vives has been directly involved in the development of over 3 million square feet of master planned communities, office, retail, hotel, and senior living projects with a combined value of over $1 billion. Her experience includes: project feasibility analysis and due diligence, land procurement, community outreach, entitlement processing, contract negotiations, business development, and proposal management.  She is known for her ability to problem-solve and reach consensus when working with government and regulatory staffs. Her command of budgets, timelines, and stakeholder relationships extends across all segments.

Prior to joining DWC, Ms. Vives acted as Development Manager for a venerable San Diego architectural firm where she managed all aspects of predevelopment activity. In this role, she oversaw procurement, proposal management, project feasibility and due diligence, community outreach, entitlement processing, and contract negotiations. During her tenure as Business Development Manager for a major developer across the Western United States, she authored over 40 developer-led P3 real estate proposals that led to the construction of 1.8 million square feet of office, research, residential, and retail projects.

### SELECT PROJECTS

**Otay Ranch Senior Living:**  Chula Vista, CA.  A 111 unit assisted living and memory care facility valued at $31,000,000.  Ms. Vives was responsible for the land procurement, entitlement, project financing and construction management.  The project was completed in Fall 2018.

**Jacobs Center for Neighborhood Innovation:**  San Diego, CA.  JCNI has a goal to sustainably redevelop 50 acres in southeast San Diego, while providing essential services, housing, and commercial and service enterprises to the communities it serves.  Ms. Vives heads the DWC team that is currently acting as a third-party real estate advisor for the foundation.  This role includes land and real estate valuation, development of a Master Plan, project feasiblity, entitlement, identifying market opportunities, working with the City of San Diego to create developer incentives, and the development of related real estate deployment strategies.

**DSRT Surf:**  Palm Desert, CA.  A 17 acre surf cove resort including a surf lagoon, hotel, retail and associated amenities.  Ms. Vives acts as Owner Representative for all aspects of the project including entitlements, contract negotiations, and project management.

**Wyndham Bayfront Hotel:**  San Diego, CA.  A 600 room hotel and retail redevelopment valued at $92,000,000.  Ms. Vives works with the Project Owner to facilitate lease negotiations, entitlements, community outreach and public support through the Port of San Diego.

**USS Midway Museum:**  San Diego, CA.  A 5.7 Acre elevated community park project with parking at grade valued at $75,000,000.  Ms. Vives worked with the USS Midway, the Port of San Diego and the community moving the project forward through a public-private entitlement process.



Clients

# Clients

Douglas Wilson Companies' clients include trusts, banks, savings and loan institutions, corporations, partnerships, insurance companies, pension funds, law firms, and individual property owners.

| | | | | | |
|---|---|---|---|---|---|
| 1st Gilbraltar Realty | Allen Matkins | Allstate | ALSTON + BIRD LLP | AMRESCO | AMERICAN SAVINGS, FSB |
| AMSTAR | ARCHON GROUP | ANGLO IRISH BANK | ARNSTEIN & LEHR LLP | BAKER & McKENZIE | Ballard Spahr LLP |
| BANC ONE | Bank of America | BANK OF THE WEST | Bankers Trust You've earned it. | BARCLAYS | BERKADIA Commercial Mortgage |
| Berkeley Federal Trust | BROWNRUDNICK | BRYAN CAVE LEIGHTON PAISNER BCLP | CAL FED | CALIFORNIA BANK TRUST | CANTOR Fitzgerald |
| CapitalSource | CAPITALTRUST | CAPMARK | CATHAY BANK | CENTRAL PACIFIC BANK | CHEMICAL BANK |
| Chinatrust | CHRYSLER FIRST | CHH CAPITAL PARTNERS | citi | CITY NATIONAL BANK The way up | Coast Federal Bank |



# Clients

| | | | | | |
|---|---|---|---|---|---|
| Comerica | COPLEY ADVISORS STRATEGIC REAL ESTATE SERVICES | CORNERSTONE ADVISORS, INC. WHERE STRATEGY MEETS EXECUTION | CORUS BANK | COUGHLAN, SEMMER & LIPMAN LLP | CREDIT SUISSE |
| CW Capital | DEWEY & LEBOEUF | DEPARTMENT OF JUSTICE | DLA PIPER | DuaneMorris | EAST WEST BANK |
| Eastrich Multiple Investors Fund | EURO HYPO | FARM CREDIT | FDIC Federal Deposit Insurance Corporation | FIRST CAPITAL LIFE | First Fidelity Bank |
| First National Bank | FORTRESS | FREMONT INVESTMENT & LOAN | GE Real Estate | GLENDALE FEDERAL | GMAC |
| Goldman Sachs | GRAMERCY CAPITAL CORP. | Great-West Life & Annuity Insurance Company | GT GreenbergTraurig | GUARDIAN | H/2 CAPITAL PARTNERS |
| HellerEhrman LLP | HFM HIGGS FLETCHER & MACK LLP UNIVERSAL EXPERTISE. LOCAL FOCUS. | HIGHLAND CAPITAL PARTNERS | HOME FEDERAL BANK | HSBC | HSH NORDBANK |
| Hudson ADVISORS | imb IndymacBank | STAR FINANCIAL | JER PARTNERS | JPMorganChase | KAYE SCHOLER LLP |



# Clients

KeyBank · K&L Gates · LaSalle Bank ABN AMRO · Lehman Brothers · Lloyds Bank Corporate Markets · LNR Partners, LLC

Loeb & Loeb LLP · Lone Star Funds · Luce Forward · manatt · Manulife Financial · MassMutual Financial Group

Mayer Brown · McKenna Long & Aldridge LLP · mesa west Capital · Midland Loan Services | PNC Real Estate · Mintz Levin · Morrison Foerster

New West Federal Savings · Nixon Peabody LLP · North American Security Life · Oaktree Capital Management, LLC · Olympus · ORIX

Pacific Life · Perkins Coie · Pircher, Nichols & Meeks · pillsbury · PNL · PNC Realty Holding Corp

Polsinelli Shughart · Procopio · Proskauer · Provident Life Insurance Services · repwest Insurance Company · Resolution Trust Corporation

Sabal Financial · Securities and Exchange Commission · Seltzer|Caplan|McMahon|Vitek · Shea Properties · SheppardMullin · Shutts & Bowen LLP



# Clients







Douglas Wilson Companies