Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT

# 8

Barker Angels Meeting Transcript (Oct. 3, 2025)

Loftus & Eisenberg, Ltd.
181 W. Madison St., Suite 4700, Chicago, IL 60602

Van Laurence Barker

Lighthouse "Angels" Meeting - Special Invite by Marcia Donaldson

Date: October 3, 2025

Transcript:

So last night, I'm like the Night Shift I'm like semi nocturnal. That's kind of my my hours are weird just so you know so yeah I mean really we're doing something really interesting in it. It kind of flips the model on its head and it was prompted by a couple things. I wish there was like a moment where we all realize like oh you know this is the answer. Everything never really works like that you know you kind of make one change and then you see another one, but you know basically we were doing a lot of contemplation because we when you look at the first space you know what we are finance right you see a couple different outcomes so one is that people kind of stay the same you know they stay smallest scale and that can work great for a long time but inevitably chaos something you know something happens and they get wiped out or they get others a major setback and especially when they do that with a loan dollars it can result in you know a bad loan it can result in loss of the collateral loss of the house so you know any number of situations gonna occur and we see this all the time a storm destroys the house budget goes over vandalism you know health issue with the borrower you know there's lots of different things when you're working at small scale, you're pretty susceptible to to risk so you know we see that a lot out there. We saw that when we started out too when it was just Van and Josh doing one to two at a time you back then we realize that we had to get bigger to reduced wrist cause that's why we started doing more projects because when you have a range of projects at your disposal, you know you have more cash flows to draw upon in the event of problems that one particular house and so executive category of what happens to people as you get big right in the first space and that's what we did and you know that that's not just us. There's a couple other people that you don't have been able to get there. You know you see you see that out there too, but we noticed what we have observed in our experience of scaling is that at a certain point a few problems to sit in one as you see diminishing returns the quality because it's no longer economical to use the same labor input and apply it to every single house in the exact same same way, you don't have enough workers, but then be just don't have enough time in the day and then most importantly see you don't have the money to pay for it like that it just doesn't work like that and so you have to kind of get creative and then back updates and you know, move cruise around and so forth and that that's you know that can be manageable. It does require some planning and some finessed, but you can do it but more concerning though is what we discovered and what I don't think you really can predict until you hit that point is that you know when you start to produce a lot of finish product the industry as a whole it doesn't really it's not really set up to ingest it and by that I mean, you know you're working with Refinance entities right that basically the product the end product finished product to the same same place, which is the secondary market with the Wall Street and then in Wall

Street packages the mortgages and then the mortgages get bought up by. You know everything from pension funds to bank in Hong Kong and you know the world buys the mortgage is right and then then package the mortgage is to consumers and then we all live off of the rent and some former Fashion but you know what you think is that the Wall Street would be really excited to take mortgages from larger borrowers and package it and say oh this is a great client. You know they're gonna be able to grease a lot. It doesn't work like that actually you know what they wanna see is you know they want to hold this little concentration risk as possible so if there is failure, they can go back and you know foreclose and you know they can foreclose small and so they'll put a lot more scrutiny on you being the bigger you get you know they'll go ahead and and you know look more closely at all of your records. All of your you know everything you're doing to proof your product because they wanna kind of understand you know why are you different they look smaller the bigger you get harder it is to get your mortgage is approved and onto the secondary market and it's a little bit counterintuitive and so what we were seeing is that was taking longer to get our stuff approved and at the scale we were going it just wasn't fast enough and so in the interim what we started doing what we were doing bridge notes and it sounds like there's some right and it was kind of like a holding tank while we let the DSC stuff kind of work itself out we would put notes on an interim refinance and bring in another. You know a strong longer tenure, PML or our HML partner to buy out the note and hold the hold the Loan for a while so we did that a few times and we discovered like you know that's actually pretty easy that there's an advantage to doing that and in many ways it's more reliable and in many ways too you can do that regardless of the condition of the property as long as the note holder is amenable and you know approved the condition of that house so it doesn't have to be you know lights on the appraisal already everything you know it's a lot more flexible and so what our HML partner started to notice was that ironically, even though we were flagging to them that we weren't using the national level entities as much the payoff rate that they were getting was a lot higher, and that was an intriguing to them because for an institutional lender like that you when you can get a consistent predictable payoff rate that's a big deal deal because then you can reinvest that cash and then they're used to more like or we're struggling to pay them back and you know borrowers you know they'll pay them back in one big Lump sum, and then they'll redraw it out immediately in this case because we were doing our own basically our own refinance they were seeing a really consistent rate of refresh on their capital a really consistent rate of payback same amount every week and so it led the conversations which colon to know is the system change that we're here to talk about today which was we sat down with them when we mapped out basically, you know how to how can we broaden this concept to where we can become our own strategy and solve this problem you know nip this thing in the butt to where we're no longer as a borrower dependent on these massive, you know national level or global level entities to exit our loans and for the HML is about half of our portfolio, right so they're obviously part of the answer and they already from the get-go they were doing these kinds of short-term bridge loans too, so they've always been part of the answer but then you know we mapped that out and said hey you know if we if we really wanna get into this there's a few things that we need to do and so one was we needed their product on the acquisition on the acquisition side to be more flexible because at a certain point, you know, we just needed them to move faster and help us get liquidity faster what we also determined with them was that you know we were going to suspend the normal rules for those acquisitions we discussed the fact

that there's declining returns to Quality and so forth on the labor side that the more money let's put out and that really for the lender a more efficient use of our money would be just the funding cash to close on payoffs of their product and that would include include both finished product. Products of ours finished product of other clients of theirs semi semifinished product of stuff that we know we just wanted to recycling into another term since before since but they realize that you know we don't really at our scale. It makes more sense to spend the money on just funding transactions rather than going out and doing all the work ourselves and so you know they've dropped that requirement for us. We no longer referred on our projects with the hard money, lender, and increasingly for most of our new acquisitions, we tried to direct it to them because it enables us to get you a very efficient cash which of them used to fund transactions you get folks paid off and so forth, so that's all good but then the final plan of what we decided with them was you know even if we're really efficient and we really recycled projects all that good stuff there still has to be a growth development long-term and so what we determined was you know we're gonna stake out a plan to basically copy them from each state by growing the bank that them, and so by growing the bank, I mean, pushing stable deposit to the bank that is behind the majority of their funding and the more deposits that we pushed to the bank the more that bank can go out to other community banks and say hey you know we've got this endeavor with this hard money lender we'd like to know basically model it as a copy of itself in another state so you know an adult will create the hard money lender. It's the same as Kentucky lending. I don't know where his Internet must've gone out sorry can you hear me going out to the lender and then getting more funding for the equation ends of being something like for every 2 to 3,000,000 and deposits that we go get for the bank then they're able to go to other community banks and get another 10 million of CAPITAL so that's great and so then you know we kind of meant out of 5 to 10 year plan increase increase blending and as part of that too, we became formal partners on our properties so we're gonna co-own our rental properties with the lender that is an important assurance mechanism for them that if they're gonna invest in all of these plans for growth that you know, there's no risk of us just you know becoming successful and running away as a customer. You know it aligns our interests so that we all can can benefit from the finished product that in theory the system is gonna help us produce so but in any case, so what does this mean all all well in good you know sounds great in a big concept. What does it mean for the private lender that we work with so first what it's meant is the way you know frankly is that to get the system instituted we've had we had to freeze a lot of what we were doing and then start changing the type and the pace of the closing system because now than ever the pace that we were gonna go at, was dependent on the growth for runway that the hard money lender, good Institute in the immediate sense and then also you know going forward we're gonna be tethered to that hard money, lender, and how quickly they can grow their capital sack how quickly they can grow money because even though we're a high recycle customer. It still does require more money to do all of this since so they have to go out and raise that and so that's on the pace. That's what it's been and then we've had to work with their staff structure some of the deal types, a little bit more efficiently so that we can get that money directly you know without doing the rehab and then we can do the recycles a private lender project. It's a little little bit more efficiently and that's been hit or miss but so you know, I'd have to take a canvas of the room on the carpet, but my suspicion is that there's probably folks for sleep projects on the call delayed projects but that's partly been because we had to just stop our closing agenda per per the norm

and then you know basically changed the pace that we're gonna do it and right now we're working through a backlog and you know, just pushing all the recycles through the hard money lender and then we've created a a mirror of that system with our longer 10 year PML's so that it's just you turning through refinances and then really long-term. We don't have to do. We're not gonna be pushing projects to DSC our lenders for long-term mortgages anymore. We're just gonna keep rotating projects three successive lenders, the leveraging and every single time and then using cash flow flow from the system that we have at the hard money lender to just pay off the projects altogether and so there's there's gonna be interesting consequences of that on rental profitability that I can't even really predict yet, but we'll get there so what else does it mean for private lenders? Is that eventually I think that statistically your duration of your loans is gonna start to go down and that's especially true because really what the system does as it allows us to start removing private lenders from the roster we don't know because we have through the hard money lender our own liquidity source now a long-term security there for us and it doesn't mean like you know we don't need private lenders. That's absolutely not the case but what it does mean though is that we can be a little bit more judicious about the quality of folks that we bring in and we making sure that their goal types are aligned with what we need and you know also just simply that they're fun to work with and so right now you know what our goal is we can we we want to start you know shifting private lenders to other avenues of the private lending world and there's more on that in a second because we're setting up some other borrowers to accommodate some of those those lenders but you know as we reduce that number what the system allows us to do is just push the same group of vendors through projects faster and I was having a conversation with Marcia calling Maria about that last night because it's really it's it's a tough concept to get but once you get it it's really powerful because now you know there's cash flow to paper in the gaps in the portfolio it's not about getting someone to own every inch of it now it's about you know again forgive me. It's really intricate, but if you if you can think of like if you've played marbles or checkers or whatever you can really hop through the portfolio and cause a payoff chain with different private lenders because now we control the entire entire process, we control all the refinances and the limit factor is the patient which we can get liquidity pumping through the system through the hard money lender and then then increasingly you know with a certain consent of private lenders we're gonna keep on doing acquisitions to keep liquid liquidity going through the system so I'm gonna kind of abbreviate my comments on that cause it's that's why I start to these people and it gets in the pretty high-level algebra stuff but like basically we're gonna be able to flow people with your transactions a lot faster because all the reality of the world that we typically deal with in real estate appraisal execution on the ground what the refine entity want you know what's what's going on with the property all that it's no longer part of the equation anymore it's all kind of virtual. We've kind of taken the game for a micro, and then we blew it up and scale to Macro and now we're kind of taking a step back and playing the game indirectly and it's kind of like going into the Metaverse so I think just the last things I'll touch on our like what happens to the house is what kind of houses are we buying? Is there any change to the actual like you know position that when there's have on the homes so first like we are we are still very much and honestly faster than before acquiring rental properties right but it's just that instead of making the rental properties ourselves increasingly what we're doing is we're just buying finished properties, but we're taking liquidity funding cash to close unfinished properties from clients of the hard money

lenders. Allied borrowers and many cases were setting up our own labor as borrowers and we're just buying their finished product and so we're still very much in that business and that's how we know long-term rental profits right that's it so that there's a long-term strategy what happens to the unfinished homes is that eventually what we do is we refinance them into the hands of a smaller scale borrower and this gets what we're doing and setting up certain borrowers for more and more appropriate fit for certain private lenders that wanna have a connection in a very vividly to a specific home or a specific worker, etc. so we know at a certain point all the unfinished house is what we're doing is where we are and will refinance them into the hands of a worker who you know is gonna be doing one to two houses at a time and can really get small batch sizes and best the time and care to make a top quality product which is at the end of the day that's great. The quality has its own goodness, but also it's just easier for them to do cause they're not you know shifting labor across a ton of different houses and logistically it's pretty simple. You show up to the same house every day and do you know one more step in the house except now you know they have some support from us in the background we can turn control of the terms of the sale so you know we can set them up really nice without a very ample budget and we can sell the houses to them at a great discount and they can produce with a lot more confidence and stability and there's not they're not gonna get thrown off by you know a ground bubble issue cause we were there in the background to support them so that's inevitably we're still kind of referring houses but it's just done indirectly secondhand but because of the system that we have that's able to happen indirectly in a much more productive fashion for folks and I think the failure rate is I mean the inferior it should be zero for those folks so yeah that's what we're working on you know is rubber hits the road where we're working through a backlog of of projects of just getting them Refinance they closing and refreshing the maturity dates getting it the interest paid out and so you know, I can answer your questions about specific files. You know were possible, but I would just say in the short term, but you know expect a little bit more delay or we're working through a backlog there's there's in particular five files that kind of got botched with the recycle system of the hard money lender. I don't know if anyone on the call has one of those, but they're gonna be fine, but expect to lay in the short term increasingly though we're gonna be able to take an of course set of lenders and really kind of hopscotch you guys do the portfolio at a faster rate and hopefully that result in more profit and and you know we're happy for it because good lenders you know you guys reinvest the profits and you'll just grow even faster and that's good for everybody Marcia I'll stop at there. Do you wanna add anything? Just a couple things I was talking about I just want you guys here because you're not going away. There are a few that we're slowly just kind of transitioning out and the reason you're not going away and we talked about this a little bit before is because you stuck with us for a period of time you've grown with us and you're not like you know where you're just like you understand the delay you know I kind of approached us like a stock or a mutual fund or something you know what right now we're just and I don't wanna say a bad order but you know we've changed a little bit and it's gonna go and it's gonna improve and you'll see it turn around so you know the PML's that are really chasing these you know three months you know and then that's fine but also looking at the picture and saying I need the partnership long-term and so and so I am it takes a little bit. You know we are. I am not prioritizing them getting out versus you guys getting recycled into a new deal that will help me slowly help them go on the way and some that are in and he'll kind of go into it or I can't are

good lenders. They're just not going to go with us to the next level they didn't do these calls with us and we'll do the introduction to the Dan called him affiliate, but some of the guys that the cruise that we're running his teams are now having these houses they need a PML these guys are great PML. They know how to send the pictures Van train them very well how to take care of a PMO and they still have a security of lighthouse behind them so they'll get to see the pictures. Don't you know oh there's a house I got finished all that stuff because we don't want him to go out into the world and lose their money like we really don't want to go get caught up somewhere bad so they're still kind of a place for them. It's just not in this room with you guys and at the level that you guys are doing it so I don't I didn't want you to come out of this Call being like I think he said panels are going away. That's not at all what he say so I guess I wanna make sure that that was super clear and these ones aren't though it really in my mind it's it's good. It's good to know because you know that's it's kind of the point like if you know if at a certain point if the system is always just about getting more and more more more, PML, the system is not inherently sustainable because it be caught why it's not sustainable because that the outflow mechanism national level refi entities they're not gonna they're not gonna gobble up all that products as fast as you need them too, and I think that you know when you look out at the landscape of the PML world do you see the wreckage of cases like that all the time and there's some well-known cases right now where you know you had them borrowers just get too big and then they under thought the Access strategy and just assumed that these big entities would be like a overjoyed to have 25 mortgages to underwrite no they don't want that so you know mortgages or whatever in fact at that point they're gonna look more closely at that file so you know really we can avoid that and you know it's I don't want to say that you know I think that we have more than anybody a team that can innovate and make the conventional system work longer and better than anyone else but you know now we don't really have to do that. We saw an opportunity to really change the game and turn the system on its head and so far you know, it's been a little clunky, but so far so good and so I'm really excited because I think it's a big answer to some fundamental problems with the burn model and I mean I'm meandering, but you know basically the fact that we can just focus on you know select course of PML's and we have a system that allows that in a way that's so divergent from the norm that I'm really excited about it and then I wanna kind of pursue it to the full extent that we can it'll be it'll be really interesting to have two so Taylor and both have properties and we touched it with Emmanuel yesterday right we haven't forgotten about your Topeka properties. It's just in line and it's in line with the cash flow right band. Sorry I don't wanna put words in your mouth our portfolio and then house money. Lender wants us to buy up from their clients and we have to balance that too with how much money is coming in because money for us now is not you know money and that's great. You know we allow us to live and buy food and then I hauled up but really money is the resource that allows us to conduct our function. Now is an organization which is fund cash to closes of transactions cause we're just turning the wheel at this point so yeah I mean there's there's a liquidity aspect to like how quickly can we move and then you know we even know let's say that we get it. We get moving fast sometimes though then we'll have periods with the hard money over where it's like you know we're moving too fast relative to like when we expect more to come in let's let's just slow it down a little bit and I'm a piece with that. I think that's great because you know if you if we can, if there is no you know for knowledge of you know where the capital is going and how much is available before it and we can not overdraw that back safety

that's that's independence of strategy so yeah I mean what it is is for those projects we're just trying to find time to balance it into the prioritization list and I think it will. You know the timeframe that we gave to Emanuel was 2 to 3 months and we actually had kind of a unique thing where he's gonna end up being able to refinance himself out of one of those deals so that might be something that we can pursue with the folks on the call today, but he's gonna be able to refinance himself out of one of those years because of the system that we have so that's cool. I like that so hopefully that answer your question Marcia I know that the PML rescue that we do we only do for our PML's and so there's only a handful of you guys like we didn't go out and save every Tom, Dick and Harry, you know we only did it for the ones that you don't believe in us so I get it you're like what happened and are you doing it? We are doing it. It's it's still there. It's still in the forefront, it's just getting true the lighthouse system right now and before tackling that as well I can't think anybody have a question. I just wanted to say Van my name is Mili mine I'm with ARNA Premier property solutions we've done a few deals together and I just wanted to say thank you for the opportunity. I am very grateful we've been with you and hope to continue to grow with all the changes in the innovation and it's really nice that you took the time to even explain all of this and the detail that you did so just wanted to say thanks for product. You know the funny part is like there's aspects to this that I don't even one week First kicked off these changes you know really all I was thinking about was like man I really want to own the ex strategy. I love these internal refinances. I love not having to work with these stupid refi entities. That's all I was just in my mind and then you know the longer the more we pulled the thread the more things that we've discovered and I'm I'm sure that there's gonna be other things like we really didn't even I was still pitching in a new private lenders to come on and participate in the system until pretty recently and then I realized like you know wait a second we don't really have to do that and it's actually works better for Coral lenders. If we just try to move them through the structure faster there's some other stuff fun that like we've discovered that I didn't even mention on the call is like you know we've been able to through simultaneously with this change you know basically monopolized and kind of like buy out a title company, which is really interesting like I never expected that but like basically you know we're working really closely with the title company in the lender and you know we're 2/3 in increasingly like 7080% of their deal flow and so what does that mean is that they prioritize all of our transactions and so you know that's another part of where we foresee growth and it will better turn times right is if you have a title company that prioritize your deals and there is no one else to get in your way like that's great. You know when we know this title company is closing like five transactions a day for us it's crazy so yeah yeah I didn't proceed. You know that so yeah I mean I think that bottom wine there we use the word innovation and I think that's that's like that's a good word like you know anyone can go out and do the same thing over and over and over, but you know to do the same thing and expects the different outcomes. this madness you know that's the classic phrase and like you know, I've seen enough at this point of what goes on in the industry and I'm like you know if we don't if we're not different in someway we're just gonna end up like everybody else so yeah well we'll see you know where this all goes, but but you know the fundamentals are strong and and I'm seeing like you know we own the extra strategy so that's that's exciting. There is a pathway to Growth that's super exciting and specifically there's a pathway to growth that isn't just climbing on more people you know this is a pathway to Growth that is like literally a bank like pumping in more money and like banks have a unique ability to do that because of how

they're set up and resource and the fourth cool Marcia questions a lot to digest folks have questions but they wanna kind of think on some things for a little bit and then send you the questions. Yeah we can answer him via text or whatever. Perfect I just wanna make sure you guys got out of it with hope to And you're good. I was trying to unmute my mic, but I'm good. Everything sounds good pushing forward. I'm glad it's still on board with everyone so sounds good. I look forward to working. Continue to work with everyone in the future, thanks sir. Is it anyway that I can get the recording cause I missed the whole 20 minutes of it?