Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 9

Barker Email to KPL re Takedown Plays (July 22, 2025)

Loftus & Eisenberg, Ltd.
181 W. Madison St., Suite 4700, Chicago, IL 60602

wrestlers tagteam fighting a rival, etc.).  I see it as another exciting tool on our shelf, alongside The Circuit, and in the PML world, The Equity Roll.

Here's how the Takedown Play works:

1.  Starpoint identifies an asset that is, in theory, highly and quickly saleable at the right price.

2.  Starpoint requests a standard KPL loan for the property at 70% LTV - for simplicity, we'll assume that the purchase price is the appraisal value.

3.  Prior to close, Starpoint borrows funds from Bear Capital or Bluestar Capital to fund the cash to close requirement, which would be the delta between the 70% Loan and the purchase price.

4.  Upon assuming control of the asset, Starpoint takes its own on-hand liquidity (itself just borrowed refurb dollars) and pays off KPL's 70% LTV loan.  The property is now free & clear. Starpoint makes plans to borrow and manifest the same liquidity through new loan closings on fix/flip assets in the meantime.

5.  Starpoint aggressively firesales the free & clear asset, nominally at 50-60% of market value.

6.  At close of the firesale, Starpoint "reimburses" the borrowed cash to close funds, either doing so directly to Bear/Bluestar or paying itself back for previously doing so.  It retains the capability to borrow it right back.

7.  Thereafter, Starpoint splits the remaining profits from the firesale with the lender who provided the funds - either Bear or Bluestar.

Let's see an example using real numbers:

1.  Starpoint identifies a finished, high-quality home on the market for $300,000.

2.  Starpoint requests a $210,000 loan via KPL towards purchase of the asset (210,000 = 70% LTV).

3.  Prior to close, Starpoint borrows $90,000 from Bear Capital to fund the cash to close requirement.  Starpoint now owns the $300,000 house, with a $210,000 lien to KPL, and a $90,000 drawdown from Bear Capital.

4.  Using its own on-hand liquidity (itself all borrowed refurb dollars), Starpoint pays off KPL's $210k loan.  The property is now free & clear.  Starpoint sets up closings on fix/flips which will manifest roughly $210,000 in liquid refurb reimbursements for the next two days.

5.  Starpoint aggressively firesales the home.  In this case, it secures a sale at $250,000.

6.  After close of the firesale, Starpoint backfills a previous $90,000 reimbursement it made to Bear Capital for the cash to close funds.   Remaining from the sale is $160,000.

7.  Starpoint splits the sale profit remainder with Bear Capital.  Each party profits $80,000.

The opportunity:

KPL and Starpoint can use the takedown play on the finished, listed assets of KPL clients, resulting in net benefits to all parties - the clients, KPL, Starpoint, and Bear Capital.

How?

KPL clients receive the sale prices they want, with KPL itself being the lending party.  They get their margin and stay healthy.

KPL is able to oversee close of longer-term loans of items lingering on the MLS.  No financing source or buyer vagaries.

In each case, KPL tacks a "quick close" loan onto the asset, immediately chopping down the average loan time on loans for the address.

Bear Capital and Starpoint both receive substantial profit off of the firesale of the assets.

If you sort my selections in the attached excel to only include houses with "Offering - Takedown Play," you can see a selection of 8 KPL client properties we've offered on where we purely want to do a "takedown play," not hold them.   Performing takedown plays on these assets will result in:

8 client loans closing.

Payoff, fast re-lending, and re-payoff of $1,427,000 in standard KPL lending funds.

$500-600,000 in lending profits for Starpoint and Bear Capital, $250,000-$300,000 of which would be mandated profits owed to Bear Capital.

Doing so would require:

KPL clients to accept the offers we sent them for their asking price.

A $759 increase in overall "normal" KPL lending funds for the same houses, this time in Starpoint-Lighthouse's name.

Up to $167,000 in "surge" capacity from Bear Capital specifically for cash to close funding, as Starpoint initiates the takedown play on each asset at a time, without detracting from its own ability to use Bear for weekly cashflow security.

Up to $400,000 in mortgage payoff funds availability, via boosts in KPL lending on other Starpoint fix/flip projects, as Starpoint recovers the liquidity it uses to pay down KPL's 70% LTV loans.

From another perspective: for occasional surge commitment of up to $600,000 in lending funds from two pots of money (Bear Capital Semi-Secured, and KPL Standard), KPL can use the takedown play to achieve an inbound wave of roughly $2,000,000 in funds between KPL, Bear Capital and Starpoint.  That's a $1.5 million spread to the good.

We sent out offers yesterday on all 8 properties.

Best,

Van

Hello Team,

We're thrilled to share some exciting news with you. My partner Linda and I are currently developing a strategic initiative designed to foster a long term collaboration between you and Starpoint. (Not only for two years)

Please meet my good friend and trusted partner, Linda. 🙂

I'm Linda Spychalski, a fellow Starpoint Holdings lender who's seen the reliable returns we've all enjoyed. I'm excited to team up with Maria Bock in our new venture, The Bock Group, a capital advisory firm enhancing private real estate lending by connecting lenders like us with institutions for added payoff security.

With two years at Starpoint, I've helped family and friends invest wisely, and now we are committed to working towards our goal to provide $2M in bank deposits and $2M in HML Funding. The Bock Group funds first-lien loans, subsidizes FDIC-insured deposits, and partners with a top Hard Money Lender (HML).

Our Key Partnerships:

People's Bank of Kentucky (pboflebanon.com):

FDIC-insured, funds our HML partner.

Strategy: Open savings accounts; we add 6% annual interest (paid quarterly), with a 12-month commitment.

Goal: $2M in deposits via referrals.

Kentucky Private Lender (KPL, kentuckypl.com/about-us/):

Our HML partner, ensuring 9% annualized returns (quarterly, 12-month term, 3-month withdraw notice).

Strategy: Ideal for non-real estate investors seeking safe, portfolio-backed returns.

Goal: $2M in funding.

It's easier than it sounds, higher returns here compared to a traditional bank excite people! We will be hosting Zoom calls and would love for you to join us for more details and Q&A. We appreciate any referrals you can provide!

With grateful hearts,

Linda & Maria

Linda@thebockgroupinvest.com / Maria@thebockgroupinvest.com