Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 10

Barker Associate Text re Operating Model (Oct. 1, 2025)

Loftus & Eisenberg, Ltd.
181 W. Madison St., Suite 4700, Chicago, IL 60602

TEXT/EMAILS

here's a text i received from Van around 10/1/2025 explaining the "new model"

--------------------

Bob's 100k

I take Bob's 100k and I identify a KPL project with a 105k payoff

We close Bob's loan on the project and I pay the difference between $100k and $105k + fees, etc. So I will need about $10-15k cash to close above your loan.

That same day, KPL has closed two new vacant/derelict houses for us, each with a refurb budget of $100k. Per the new norm, they function basically like a PML, and just send us the $100k.

Instead of having any expectation of refurb, they WANT us to use the funds to operate ourselves, and take $10-15k to pay cash to close on your replacement of their loan.

Now, for $15k, I have produced $100k of payoff for them, or almost a 550%ish payoff yield, dollar for dollar

Across the week, I do a mixture of these transactions - paying off PMLs, paying off KPLs.

Typically speaking, we are finding we can originate about $800k on average weekly with KPL, and remove $500-$800k off their books.

On average, we grow their books by $200k a week.

Meanwhile, I am also sprinkling in:

PML replacements of PMLs

PML purchases of finished KPL client product

KPL-financed purchases of finished KPL client product

Overall, we want to grow their books by about $10 million a year

Our focus is on getting the average growth rate per week AS LOW AS POSSIBLE, because that extends capital runway

At year five, our rental profits become about $100k a week.

Between that $100k, a scale-down in our volume, and other profit sources, we now have the means to independently wipe out weekly book growth

Which means! All downhill from there, baby. Increasing cost subsidization, etc. until we are bankrolling our entire cost via rents, with lending dollars being money on top, or visa versa.

Benefits:

We are our own exit strategy

Enhanced ease of cashflow

We can run a KPL-centric payoff economy, and also run a PML-centric payoff economy on the side if we have excess PML funds

here's an email Van forwarded to me about "take down plays" with KPL... note the email header with Aaron and Eric...

-----------------------------

From: Starpoint Holdings <management@gostarpoint.com>

Sent: Tuesday, July 22, 2025 1:59:39 AM

To: Aaron Metten <ametten@kentuckypl.com>; Eric Payne <epayne@kentuckypl.com>

Subject: 7/22-7/23 Discussion Topic: "Takedown Plays"

Gents,

After checking in with Eric today, I realize that I missed a call from Aaron regarding my weekend texts - apologies, I get blown up nonstop by calls, so always just text me when you call and I'll call you back the second I see it.

That being said, I told Eric I would provide a "birdseye" view of the numbers, at which point we can discuss at your convenience.

We are refining the concept I shared with Eric last Friday wherein one half of Starpoint effectively eats a "loss" so that the collective venture can profit.

This is a unique capability made possible by Starpoint's fundamental asset of trade - fix/flip loans on significantly blighted homes with significant refurb allotments - and the regenerative/fungible nature of such refurb dollars in a large-scale and forever lending relationships, the likes of which KPL and Starpoint maintain.

The concept involves using two allotments of borrowed funds to cover down and vault into control of finished, saleable assets, at which point the goal is to sale them as quickly as possible to obtain new, external dollars.  Due to the two-component aspect of the vaulting process, I've come to start describing it as a "takedown play" (ie, akin to lions jumping at large prey, two