**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | |
|---|---|
| CRYSTAL CERVANTEZ-TKAC, et al., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VAN LAURENCE BARKER; JOSHUA JAMES KENNEDY; SIYUAN ZHENG; LIGHTHOUSE ESTATES LLC; and STARPOINT HOLDINGS LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>) Case No. 3:26-cv-00280-CHB<br>)<br>)<br>)<br>) Judge Claria Horn Boom<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF MICHELE VIVES IN SUPPORT OF PLAINTIFFS' MOTION FOR APPOINTMENT OF AN EQUITY RECEIVER**

1.      I am the President of Douglas Wilson Companies ("DWC"), a full-service receivership and asset management firm headquartered in San Diego, California, with offices nationwide. I make this declaration based on my personal knowledge and professional experience in the receivership field. If called as a witness, I could and would testify competently to the matters set forth herein.

2.      Plaintiffs' counsel, Loftus & Eisenberg, Ltd. and Michele Henry Law, P.C., have asked me to serve as equity receiver in this action. I am willing to do so. I commit to serving diligently, independently, and impartially to marshal and preserve the assets of the receivership estate and to maximize recovery for the 125 or more private money lender victims of the scheme alleged in the complaint.

**EDUCATION AND PROFESSIONAL BACKGROUND**

3.      I hold a Bachelor of Science in Accounting from the University of Phoenix and a Bachelor of Science in Industrial Psychology from Illinois State University. My dual academic background in accounting and psychology directly informs both the forensic financial analysis and the stakeholder communication demands that complex receivership engagements require.

4.      I have been a senior executive of Douglas Wilson Companies for approximately ten years. During that time, I have personally overseen or managed more than $1 billion in combined project assets spanning commercial real estate, multi-family residential portfolios, and complex multi-entity corporate structures.

5.      Douglas Wilson Companies was founded in 1989 and has successfully completed more than 1,200 engagements across 35 states, managing combined asset values exceeding $15 billion. DWC is the largest receivership entity of its kind in the United States. DWC's service offerings include federal equity receiverships, state court receiverships, special master appointments, liquidating agent services, forensic accounting, SEC Ponzi scheme investigations, and matters arising from U.S. Attorney investigations.

6.      For this engagement, DWC proposes to deploy the following dedicated team: (a) myself as Receiver; (b) Lynn Goodridge, CPA, as accounting lead; and (c) Rene Weidman, Controller and CPA, who brings nineteen years of accounting experience, thirteen years as a licensed CPA, and has testified as an accounting expert in dozens of cases. Ms. Weidman's forensic accounting expertise is directly relevant to the asset-tracing demands of this matter, including reconstruction of the defendants' financial records and identification of investor funds that were diverted, commingled, or misappropriated.

## **PROFESSIONAL AFFILIATIONS**

7.    I maintain the following professional memberships, each of which reflects active engagement with the federal and state receivership communities:

(a)  National Association of Federal Equity Receivers ("NAFER");

(b)  California Receivers Forum;

(c)  California Bankruptcy Forum;

(d)  Urban Land Institute ("ULI");

(e)  Lambda Alpha International San Diego — Past-President;

(f)  Downtown San Diego Partnership — Board Member and Treasurer; and

(g)  San Diego Policy Forum.

## SELECT RECEIVERSHIP EXPERIENCE

8.    The following representative matters demonstrate the scope and depth of my receivership experience.

9.    *SEC v. Horwitz / 1inMM Capital LLC* (C.D. Cal., ongoing). U.S. District Judge Christina Snyder appointed me as Permanent Receiver in the matter captioned *SEC v. Zack Horwitz*, pending in the United States District Court for the Central District of California. This case involves a fraudulent film-investment Ponzi scheme through which Horwitz solicited approximately $690 million from investors, making it the largest Ponzi scheme prosecuted in the Central District of California to date. I was granted full equity receiver powers and charged with marshaling and preserving assets across multiple corporate entities, maximizing recovery for victim investors, and overseeing a court-supervised claims dispute process. The structural features of this fraud—solicitation of capital from large numbers of investors through a single promoter operating through corporate entities, systematic commingling of investor proceeds with personal funds, and diversion of investor capital for the promoter's personal enrichment—are materially

analogous to the scheme alleged in the complaint in this action. I worked on that case with my counsel Terence Banich and Plaintiff's Counsel Alexander Loftus.

10. *Villa Del Sol*. I served as Tenancy in Common Manager for Villa Del Sol, a 246-unit apartment complex in San Diego, arising from a partnership dispute. My responsibilities encompassed oversight of all revenues and expenses, supervision of property management and tenant leasing operations, coordination of property improvements, and management of the asset through its final sale.

11. *Bedrosian v. Hadid* I provided court-ordered oversight and management for the demolition of a non-compliant residential structure in Bel Air, California, that had been declared a public nuisance. I performed this engagement assisting DWC founder and Chairman Douglas P. Wilson in his capacity as court-appointed receiver.

12. *LCC Warehouse 1 LLC v. Multiple Entities*. I served as receiver over eighteen entities held by a common owner in a complex multi-entity receivership based in Laguna Beach, California. The engagement required a cohesive operational strategy across all eighteen entities to preserve asset values, maintain continuity of operations, and ensure coordinated property management across the portfolio. This multi-entity, single-ownership structure closely parallels the relationship between Lighthouse Estates LLC, Starpoint Holdings LLC, and the individual defendants alleged in the complaint.

## INDEPENDENCE AND ABSENCE OF CONFLICTS

13. Neither I, nor Douglas Wilson Companies, nor any member of the proposed DWC team has any prior or current relationship, financial or otherwise, with any plaintiff, defendant, or entity in this action. DWC has not been engaged by or performed services for Van Laurence

Barker, Joshua James Kennedy, Siyuan Zheng, Lighthouse Estates LLC, Starpoint Holdings LLC, or any affiliate thereof.

14. I have reviewed the parties identified in the complaint and the motion for appointment of receiver. I am aware of no conflict of interest that would impair my ability to serve as a neutral and impartial receiver. Should any potential conflict come to my attention after the filing of this declaration, I will disclose it promptly to the Court and to all parties.

### UNDERSTANDING OF THE MATTER AND PROPOSED APPROACH

15. I have reviewed the complaint filed in this action and the supporting motion for appointment of an equity receiver. Based on that review, I understand the material allegations: defendants Van Laurence Barker, Joshua James Kennedy, and Siyuan Zheng, acting through Lighthouse Estates LLC and Starpoint Holdings LLC, solicited more than $26 million from more than 125 private money lenders through fraudulent representations about real estate lending opportunities. Investor funds were not deployed as represented; they were instead diverted, commingled, and distributed in a Ponzi-like fashion. Barker has been detained without bond on related criminal charges since December 19, 2025.

16. The organizational structure described in the complaint—multiple corporate entities, cross-entity transfers, systematic commingling of investor funds with operational accounts, and unaccounted-for assets—is consistent with the structures I have encountered, and successfully administered, in other complex receiverships, including the 1inMM Capital matter. I am prepared to begin immediately upon appointment.

17. Upon appointment by this Court, I will take the following immediate steps:

(a)  Assume custody and control of all assets of Lighthouse Estates LLC, Starpoint Holdings LLC, and any affiliated entities identified in the Court's order, including real property, financial accounts, records, and digital assets;

(b)  Including DWC's in-house accounting team—to trace investor funds, reconstruct defendants' financial records, and identify all assets subject to the receivership;

(c)  Provide notice to all financial institutions holding accounts in the name of any receivership entity and direct suspension of unauthorized disbursements pending further Court order;

(d)  Conduct a preliminary inventory of receivership assets and file an initial status report with the Court within thirty (60) days of appointment;

(e)  Establish a claims process for PML victims, subject to Court approval and in coordination with counsel for plaintiffs;

(f)  Identify, preserve, manage, and where appropriate liquidate real property assets comprising the estate, including the Gary, Indiana properties identified in the complaint;

(g)  Investigate all pre-receivership transfers and evaluate potential avoidance and recovery claims on behalf of the estate; and

(h)  Coordinate with federal law enforcement and the Office of the United States Attorney to the extent that criminal forfeiture proceedings may affect the receivership estate.

## COMPENSATION

18.     DWC's proposed compensation schedule is set forth in the Douglas Wilson Companies Receivership Rate Schedule, effective January 1, 2026, a true and correct copy of which is attached hereto as Exhibit A to this Declaration and incorporated herein by reference. The current rates are: Receiver: $650.00 per hour; Managing Director/Construction Manager: $500.00 per hour; Project Director: $400.00 per hour; Project Associate Director: $350.00 per hour; Accounting: $245.00 per hour; Administrative: $175.00 per hour. Rates are subject to a five percent (5%) annual increase effective each January 1st. Out-of-pocket costs are reimbursed at cost. Invoices are due within thirty (30) days, and unpaid balances accrue interest at 1.5% per month.

19.     DWC will not commence substantive work on this engagement without appropriate Court authorization. All fees and expenses will be subject to Court approval through periodic fee applications filed in accordance with the Court's orders and applicable local rules. DWC will maintain time records in sufficient detail to permit Court review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 21st day of April, 2026, at San Diego, California.

_____
Michele Vives
President, Douglas Wilson Companies
1620 Fifth Avenue, Suite 400
San Diego, CA 92101

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing

Declaration of Michele Vives to be electronically filed with the Clerk of the Court using the

CM/ECF system, which will send notification of such filing to all counsel of record.


Date: _____


_____
/s/ Alexander N. Loftus
Alexander N. Loftus (pro hac vice pending)
LOFTUS & EISENBERG, LTD.
181 W. Madison Street, Suite 4700
Chicago, Illinois 60602
(312) 899-6625
alex@loftusandeisenberg.com

Cervantez-Tkac, et al. v. Barker, et al.
No. 3:26-cv-00280-CHB (W.D. Ky.)
*Motion for Appointment of Equity Receiver*

# EXHIBIT
# 3

DWC Receivership Rate Schedule (2026)

Loftus & Eisenberg, Ltd.
181 W. Madison St., Suite 4700, Chicago, IL 60602



# DOUGLAS WILSON COMPANIES

**1620 Fifth Avenue, Suite 400, San Diego, CA  92101**
**Phone: 619.641.1141   Fax:  619.641.1150**
*www.douglaswilson.com*

**Receivership/Workout Business**
*Effective January 1, 2026*

---

### SCHEDULE OF HOURLY RATES*

| | |
|---|---|
| Executive Management | $650 |
| Receiver | $500 |
| Managing Director/ Const. Manager | $400 |
| Project Director | $350 |
| Project Associate Director | $245 |
| Accounting | $175 |
| Administrative | $125 |

### REIMBURSABLE COSTS ARE BILLED AT COST**

Bond

Court Filing Service

Notary

Photocopies

Postage

Messenger/Overnight Delivery

Travel, Meals, & Expenses

*Rates for specific personnel may vary slightly from the above based on experience levels but will not exceed these values for the given category of work performed.  Hourly rates will increase subject to a 5% annual increase effective January 1 of each year.*

** *Other direct costs we incur in connection with our services, such as outside attorneys, accountants and other professionals, may be reimbursable based on the terms of our agreement.*

*** *Invoices are due within 30 days of receipt.  If invoices are unpaid after 30 days, a monthly interest charge equal to one and a half percent (1.5%) of the unpaid balance will be imposed.  The interest charge will continue to accrue, based on the unpaid balance outstanding each month, until the entire unpaid balance and all interest charges are paid in full.*