# UNITED STATES DISTRICT COURT

for the
WESTERN DISTRICT OF KENTUCKY

|  |  |
|---|---|
| **Crystal Cervantez-Tkac; Simaya Innovations LLC, individually and on behalf of all others similarly** ) <br><br> *Plaintiff* <br><br> v. <br><br> **Van Laurence Barker; Joshua James Kennedy; Siyuan Zheng; Lighthouse Estates LLC; Starpoint Holdings LLC** <br><br> *Defendant* | ) ) ) ) ) ) ) ) ) )    Civil Action No. 3:26-cv-280-CHB |

## AFFIDAVIT OF SERVICE

I, Kevin Brown, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Starpoint Holdings LLC in Marion County, IN on May 5, 2026 at 10:44 am at 8520 Allison Pointe Blvd., Suite 223, #934717, Indianapolis, IN 46250 by posting the documents in a conspicuous place at the premises.

SUMMONS IN A CIVIL ACTION
CLASS ACTION COMPLAINT, CIVIL COVER SHEET

Additional Description:
Would not accept Drop service complete

Geolocation of Serve: https://google.com/maps?q=39.9095031578,-86.0852932056
Photograph: See Exhibit 1


Total Cost: $155.75

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Marion County                              ,

IN        on      5/5/2026              .

/s/ *Kevin Brown*

Signature
Kevin Brown
+1 (463) 336-0980

