AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    3:26-cv-280-CHB

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Siyuan Zheng

was received by me on *(date)*    May 08, 2026    .

[X] I personally served the summons on the individual at *(place)*    3208 Bird Song Ct, Melbourne, FL 32934

on *(date)*    May 11, 2026    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*    , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*    ; or

☐ I returned the summons unexecuted because    ; or

☐ Other *(specify):*

My fees are $    for travel and $    for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    5/12/2026

/s/ *Timothy Jace*
*Server's signature*

TimothyJace. (321) 794-3927
*Printed name and title*

2111 Woodward Ave Suite 300
Detroit, MI. 48201
*Server's address*

Additional information regarding attempted service, etc:



Exhibit 1a)